# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BRUCE M STARGATT<br>BEN T CASTLE<br>SHELDON N SANDLER<br>RICHARD A LEVINE<br>RICHARD A ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A KARSNITZ<br>BARRY M WILLOUGHBY<br>JOSY W INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR<br>ROBERT L. THOMAS<br>WILLIAM D JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W BOWSER<br>LARRY J TARABICOS<br>RICHARD A DILIBERTO, JR<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS<br>RICHARD J A POPPER<br>TERESA A CHEEK<br>NEILLI MULLEN WALSH | SCOTT A. HOLT<br>JOHN T DORSEY<br>M BLAKE CLEARY<br><br>ATHANASIOS E AGELAKOPOULOS<br>JOSEPH M BARRY<br>KEVIN M. BAIRD<br>SEAN M BEACH<br>DONALD J. BOWMAN, JR<br>TIMOTHY P CAIRNS<br>CURTIS J CROWTHER<br>MARGARET M DIBIANCA<br>ERIN EDWARDS<br>KENNETH J ENOS<br>IAN S FREDERICKS<br>JAMES J GALLAGHER<br>DANIELLE GIBBS<br>SEAN T GREECHER<br>KARA S HAMMOND<br>DAWN M JONES<br>RICHARD S JULIE (NY ONLY)<br>KAREN E KELLER<br>JENNIFER M. KINKUS<br>EDWARD J KOSMOWSKI<br>JOHN C KUFFEL<br>TIMOTHY E. LENGKEEK | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391<br><br>(302) 571-6600<br>(800) 253-2234 (DE ONLY)<br>FAX: (302) 571-1253<br><br>WRITER'S DIRECT DIAL NUMBERS<br>VOICE: (302) 571-6651<br>FAX: (302) 576-3319<br><br>E-MAIL: rmorse@ycst.com | H ALBERT YOUNG<br>1929-1982<br>H JAMES CONAWAY, JR<br>1947-1990<br>WILLIAM F. TAYLOR<br>1954-2004<br><br>STUART B. YOUNG<br>EDWARD B MAXWELL, 2ND<br>OF COUNSEL<br><br>JOHN D MCLAUGHLIN, JR<br>ELENA C NORMAN (NY ONLY)<br>SPECIAL COUNSEL<br><br>GEORGETOWN OFFICE<br>110 WEST PINE STREET<br>P O BOX 594<br>GEORGETOWN, DELAWARE 19947 |

| | | |
|---|---|---|
| ROBERT S. BRADY<br>JOEL A WAITE<br>BRENT C SHAFFER<br>DANIEL P JOHNSON<br>CRAIG D GREAR<br>TIMOTHY JAY HOUSEAL<br>BRENDAN LINEHAN SHANNON<br>MARTIN S. LESSNER<br>PAULINE K MORGAN<br>C BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W SHAW<br>JAMES P HUGHES, JR<br>EDWIN J HARRON<br>MICHAEL R. NESTOR<br>MAUREEN D LUKE<br>ROLIN P BISSELL | JOSEPH A MALFITANO<br>GLENN C MANDALAS<br>ADRIA B MARTINELLI<br>MICHAEL W MCDERMOTT<br>MATTHEW B MCGUIRE<br>MARIBETH L MINELLA<br>EDMON L MORTON<br>JENNIFER R NOEL<br>JOHN J. PASCHETTO<br>ADAM W POFF<br>SETH J REIDENBERG<br>FRANCIS J. SCHANNE<br>MICHAEL P STAFFORD<br>JOHN E TRACEY<br>ALFRED VILLOCH, III<br>CHRISTIAN DOUGLAS WRIGHT<br>SHARON M ZIEG | (800) 255-2234 (DE ONLY)<br>FAX: (302) 856-9338 |

March 2, 2005

**BY HAND DELIVERY AND E-FILING**
Ms. Cynthia Tyer-Daly
U.S. District Court
844 North King Street, Room 4209
Wilmington, DE 19801

        Re:    Ventana Medical Systems, Inc. v.
                 Dakocytomation California Inc.,
                 <u>C.A. No. 04-1522-GMS</u>

Dear Ms. Tyer-Daly:

      Following up our telephone conversation of yesterday afternoon, I write to confirm that the Rule 16(b) conference in this case is being rescheduled at the parties' request to March 18, 2005 at 10:00 a.m.