**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAKOCYTOMATION CALIFORNIA, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 04-1522-GMS |

**DEFENDANT DAKOCYTOMATION CALIFORNIA, INC.'S DISCLOSURE**
**STATEMENT PURSUANT TO FED. R. CIV. P. RULE 7.1(a)**

Defendant DakoCytomation California, Inc. ("DakoCytomation"), hereby discloses that it is a nongovernmental corporate party to the above-captioned action. DakoCytomation has a parent corporation Dako Holdings, Inc. that is wholly owned by DakoCytomation Denmark AS. Novonordisk is a publicly held corporation owning more than 10% of the stock of DakoCytomation Denmark AS.

Dated: March 17, 2005        FISH & RICHARDSON P.C.


               By:    /s/ Timothy Devlin
                      Timothy Devlin
                      919 North Market Street, Suite 1100
                      P.O. Box 1114
                      Wilmington, Delaware 19899
                      (302) 652-5070
                      *tdevlin@fr.com*

                      Michael E. Zeliger (*pro hac vice*)
                      FISH & RICHARDSON P.C.
                      225 Franklin Street
                      Boston, Massachusetts 02110
                      (617) 542-5070

               Attorneys for Defendant,
               DakoCytomation California, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VENTANA MEDICAL SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-1522-GMS |
| v. | ) | |
| | ) | |
| DAKOCYTOMATION CALIFORNIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2005, I electronically filed Defendant DakoCytomation California, Inc.'s Disclosure Statement Pursuant to Fed. R. Civ. P. Rule 7.1(a) with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard H. Morse
YOUNG, CONAWAY, STARGATT &
TAYLOR                                                   Attorneys for Plaintiff
The Brandywine Bldg., 17th Floor       Ventana Medical Systems, Inc.
1000 West Street
P.O. Box 391
Wilmington, DE  19899

I also certify that on March 17, 2005, I have mailed by overnight mail, the document to the following non-registered participants:

| | |
|---|---|
| Ron E. Shulman | |
| Roger J. Chin | |
| WILSON SONSINI | Attorneys for Plaintiff |
|   GOODRICH & ROSATI | Ventana Medical Systems, Inc |
| 650 Page Mill Road | |
| Palo Alto, CA 94304 | |
| (650) 493-9300 | |

       /s/ Timothy Devlin
Timothy Devlin
FISH & RICHARDSON P.C.
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, Delaware 19899
(302) 652-5070
tdevlin@fr.com