UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA INC., <br><br> Defendant. | Civil Action No. 04-1522 (GMS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 29, 2005 copies of: (1) Plaintiff's First Set of Interrogatories, and (2) Plaintiff's First Set of Requests for Production of Documents and Things were served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Timothy Devlin, Esquire
FISH & RICHARDSON P.C.
919 North Market Street, Suite 1100
Wilmington, Delaware 19899

**BY FEDERAL EXPRESS**

Michael E. Zeliger, Esquire
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts 02110

-2-

                                    YOUNG CONAWAY STARGATT & TAYLOR

                                    */s/ Richard H. Morse*

DATED: March 29, 2005                Richard H. Morse (No. 531)
                                      The Brandywine Building, 17th Floor
                                      1000 West Street
                                      P.O. Box 391
                                      Wilmington, Delaware  19899
                                      (302) 571-6600
                                      rmorse@ycst.com

                                      Attorneys for Plaintiff
                                      Ventana Medical Systems, Inc.

Of counsel:

Ron E. Shulman (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304
(650) 493-9300

Roger J. Chin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA  94105
(415) 947-2000

## CERTIFICATE OF SERVICE

The undersigned, counsel for plaintiff Ventana Medical Systems, Inc., hereby certifies that on March 29, 2005, a copy of the foregoing Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>    Timothy Devlin, Esquire
>    FISH & RICHARDSON P.C.
>    919 North Market Street
>    Suite 1100
>    Wilmington, Delaware 19899

I further certify that on March 29, 2005, a copy of the foregoing Notice of Service was also served by hand on the above-listed counsel and by Federal Express upon the following non-registered participant:

>    Michael E. Zeliger, Esquire
>    FISH & RICHARDSON P.C.
>    225 Franklin Street
>    Boston, Massachusetts 02110

>    YOUNG CONAWAY STARGATT & TAYLOR
>
>    /s/ Richard H. Morse
>    Richard H. Morse (No. 531)
>    The Brandywine Building, 17th Floor
>    1000 West Street
>    P.O. Box 391
>    Wilmington, Delaware 19899
>    (302) 571-6600
>    rmorse@ycst.com
>
>    Attorneys for Plaintiff
>    Ventana Medical Systems, Inc