# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M STARGATT
BEN T CASTLE
SHELDON N SANDLER
RICHARD A LEVINE
RICHARD A ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A KARSNITZ
BARRY M WILLOUGHBY
JOSY W INGERSOLL
ANTHONY G. FLYNN
JEROME K GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W BOWSER
LARRY J TARABICOS
RICHARD A DILIBERTO, JR
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J A POPPER
TERESA A CHEEK
NEILLI MULLEN WALSH
JANET Z CHARLTON
ROBERT S. BRADY
JOEL A WAITE
BRENT C. SHAFFER
DANIEL P JOHNSON
CRAIG D GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W SHAW
JAMES P HUGHES, JR
EDWIN J HARRON
MICHAEL R. NESTOR
MAUREEN D LUKE
ROLIN P BISSELL
SCOTT A. HOLT
JOHN T DORSEY

M BLAKE CLEARY

ATHANASIOS E AGELAKOPOULOS
JOSEPH M. BARRY
SEAN M BEACH
DONALD J. BOWMAN, JR
TIMOTHY P. CAIRNS
CURTIS J CROWTHER
MARGARET M DIBIANCA
ERIN EDWARDS
KENNETH J ENOS
IAN S FREDERICKS
JAMES J GALLAGHER
DANIELLE GIBBS
ALISON G.M GOODMAN
SEAN T GREECHER
KARA S HAMMOND
DAWN M JONES
RICHARD S. JULIE
KAREN E KELLER
JENNIFER M. KINKUS
EDWARD J KOSMOWSKI
JOHN C KUFFEL
TIMOTHY E. LENGKEEK
MATTHEW B LUNN
JOSEPH A MALFITANO
GLENN C MANDALAS
ADRIA B MARTINELLI
MICHAEL W MCDERMOTT
MATTHEW B MCGUIRE
MARIBETH L MINELLA
EDMON L MORTON
D FON MUTTAMARA-WALKER
JENNIFER R NOEL
JOHN J PASCHETTO
ADAM W POFF
SETH J REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MICHAEL P STAFFORD
JOHN E TRACEY
ALFRED VILLOCH, III
MARGARET B WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WRITER'S DIRECT DIAL NUMBERS
VOICE: (302) 571-6651
FAX: (302) 576-3319

E-MAIL: rmorse@ycst.com

H ALBERT YOUNG
1929-1982
H JAMES CONAWAY, JR
1947-1990
WILLIAM F. TAYLOR
1954-2004

STUART B. YOUNG
EDWARD B MAXWELL, 2ND
OF COUNSEL

JOHN D MCLAUGHLIN, JR
ELENA C NORMAN (NY ONLY)
SPECIAL COUNSEL

GEORGETOWN OFFICE
110 WEST PINE STREET
P O BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

April 1, 2005

**BY HAND DELIVERY**

The Honorable Gregory M. Sleet
U.S. District Court
844 North King Street, Room 4209
Lock Box 19
Wilmington, DE  19801

      Re:    Ventana Medical Systems, Inc. v. Dakocytomation California, Inc.
               Civil Action No. 04-1522-GMS

Dear Judge Sleet:

      I write to bring to Your Honor's attention what I believe is a clerical error in a Notice of Electronic Filing issued by the clerk.

      We have received electronic notification that Your Honor has signed the proposed Scheduling Order which was submitted by the parties (D.I. 19). The Docket Text in the Notice of Electronic Filing gives a due date for dispositive motions which differs from the date in the Scheduling Order. I assume the date in the Docket Text is the result of a clerical error and that the date in the Order controls, but thought I should bring the discrepancy to Your Honor's

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
April 1, 2005
Page 2

attention in case the Docket Text is used for calendaring purposes.

                        Respectfully yours,

                        Richard H. Morse

RHM:mmeeh

cc:    Clerk, United States District (By E-filing)
        Timothy Devlin, Esquire (By E-filing)