IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VENTANA MEDICAL SYSTEMS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1522-GMS |
| | : | |
| DAKOCYTOMATION CALIFORNIA, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **5th** day of **April, 2005**.

IT IS ORDERED that the teleconference scheduled for Friday, May 13, 2005 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Wednesday, May 25, 2005 at 11:00 a.m. Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE