IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA INC., <br><br> Defendant. | C.A. No. 04-1522-GMS |

**DEFENDANT DAKOCYTOMATION INC.'S INITIAL DISCLOSURES**

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, the defendant, DakoCytomation California Inc. ("DakoCytomation"), hereby provides its Initial Disclosures. Because DakoCytomation's investigation and discovery are ongoing, DakoCytomation reserves the right to amend or supplement its disclosures at an appropriate time.

1.  **Fed. R. Civ. P. 26(a)(1)(A)**

DakoCytomation identifies the following individuals as likely to have discoverable information that DakoCytomation may use to support its claims or defenses. DakoCytomation reserves its right to object to the deposition or testimony of any of the individuals below, under the applicable rules.

| Name/Contact Information | Subject Matter |
|---|---|
| Scott Leon <br> DakoCytomation Colorado Inc. <br> 4850 Innovation Drive <br> Fort Collins, CO 80525 <br> (800) 822-9902 | Design and operation of accused products |
| Roseanne Welcher <br> DakoCytomation California Inc. <br> 6392 Via Real <br> Carpinteria, CA 93013 <br> (805) 566-6655 | Design and operation of accused products |
| Medha Akkad | Manufacture of accused products |

| | |
|---|---|
| Nova Biomedical Corporation<br>200 Prospect Street<br>Waltham, MA 02454<br>(781) 894-0800 | |
| Chris Sakala<br>DakoCytomation Colorado Inc.<br>4850 Innovation Drive<br>Fort Collins, CO 80525<br>(800) 822-9902 | Financial information for accused products |
| Erik Winther<br>DakoCytomation Denmark A/S<br>Produktionsvej 42<br>DK-2600 Glostrup<br>Denmark<br>45 44 85 95 00 | Financial information for accused products |
| Michael Engstrom<br>DakoCytomation Denmark A/S<br>Produktionsvej 42<br>DK-2600 Glostrup<br>Denmark<br>45 44 85 95 00 | Financial information for accused products |
| Dennis Chenoweth<br>DakoCytomation California Inc.<br>6392 Via Real<br>Carpinteria, CA 93013<br>(805) 566-6655 | Marketing of accused products |
| Tom Wida<br>DakoCytomation California Inc.<br>6392 Via Real<br>Carpinteria, CA 93013<br>(805) 566-6655 | Sales of accused products |
| Anna Larsen<br>DakoCytomation Denmark A/S<br>Produktionsvej 42<br>DK-2600 Glostrup<br>Denmark<br>45 44 85 95 00 | The patent-in-suit and prior art |
| Keith G. Copeland<br>2757 N. Conestoga Avenue<br>Tucson, AZ 85749 | Invention of patent-in-suit |
| Thomas M. Grogan<br>2025 E. Fifth Street<br>Tucson, AZ 85719 | Invention of patent-in-suit |
| Charles Hassen<br>1325 E. Ellis Place<br>Tucson, AZ 85719 | Invention of patent-in-suit |

2

| | |
|---|---|
| William Ross Humphreys<br>223 Rudusill Road<br>Tucson, AZ 85704 | Invention of patent-in-suit |
| Charles D. Lemme<br>8433 E. Agape Drive<br>Tucson, AZ 85715 | Invention of patent-in-suit |
| Phillip C. Miller<br>8392 Hillwood Lane<br>Tucson, AZ 85715 | Invention of patent-in-suit |
| William L. Richards<br>100 E. Strada Patania<br>Tucson, AZ 85737 | Invention of patent-in-suit |
| Wayne A. Showalter<br>2260 N. Shannon Road<br>Tucson, AZ 85745 | Invention of patent-in-suit |

DakoCytomation anticipates that additional witnesses may be located or identified during the course of discovery in this action.

2.     **Fed. R. Civ. P. 26(a)(1)(B)**

At least the following categories of documents within DakoCytomation's possession, custody, or control may be used by DakoCytomation to support its claims or defenses:

- documents relating to the patent-in-suit and its prosecution history;
- documents relating to prior art to the patent-in-suit;
- documents relating to the design and development of the accused products;
- documents relating to the operation and manufacture of the accused products; and
- documents relating to the sales and marketing of the accused products, including financial information.

The foregoing documents are located at DakoCytomation Denmark A/S, Produktionsvej 42, DK-2600 Glostrup, Denmark; DakoCytomation Colorado Inc., 4850 Innovation Drive, Fort Collins, CO 80525; and Nova Biomedical Corporation, 200 Prospect Street, Waltham, MA 02454. DakoCytomation's search for documents that it may use to support its claims or defenses is

continuing. DakoCytomation reserves the right to supplement this disclosure under Federal Rule of Civil Procedure 26(e).

### 3. Fed. R. Civ. P. 26(a)(1)(C)

DakoCytomation is not currently seeking any damages in this case. However, it may be entitled to attorneys' fees and costs.

### 4. Fed. R. Civ. P. 26(a)(1)(D)

DakoCytomation is not presently aware of any insurance agreement applicable to this litigation.

Dated: April 13, 2005   FISH & RICHARDSON P.C.


By: /s/ Timothy Devlin
Timothy Devlin (No. 4241)
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, Delaware 19899
(302) 652-5070

Michael E. Zeliger (*pro hac vice*)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts 02110
(617) 542-5070

Attorneys for Defendant,
DakoCytomation California, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2005, I electronically filed **DEFENDANT DAKOCYTOMATION INC.'S INITIAL DISCLOSURES** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard H. Morse<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899 | Attorneys for Plaintiff<br>Ventana Medical Systems, Inc. |

I hereby certify that on April 13, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Ron E. Shulman<br>Roger J. Chin<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA  94304<br>(650) 493-9300 | Attorneys for Plaintiff<br>Ventana Medical Systems, Inc |

      /s/ Timothy Devlin
      Timothy Devlin