UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAKOCYTOMATION CALIFORNIA INC.,<br><br>Defendant. | Civil Action No. 04-1522 (GMS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 15, 2005 copies of Plaintiff's Initial Disclosures were served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Timothy Devlin, Esquire
FISH & RICHARDSON P.C.
919 North Market Street
Suite 1100
Wilmington, Delaware 19899

**BY FEDERAL EXPRESS**

Michael E. Zeliger, Esquire
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts 02110

-2-

                                                  YOUNG CONAWAY STARGATT & TAYLOR

DATED: April 15, 2005

                                            /s/ Richard H. Morse
                                            Richard H. Morse (No. 531)
                                            The Brandywine Building, 17th Floor
                                            1000 West Street
                                            P.O. Box 391
                                            Wilmington, Delaware  19899
                                            (302) 571-6600
                                            rmorse@ycst.com

                                            Attorneys for Plaintiff
                                            Ventana Medical Systems, Inc.

Of counsel:

Ron E. Shulman (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304
(650) 493-9300

Roger J. Chin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA  94105
(415) 947-2000

## CERTIFICATE OF SERVICE

The undersigned, counsel for plaintiff Ventana Medical Systems, Inc., hereby certifies that on April 15, 2005, a copy of the foregoing Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Timothy Devlin, Esquire
>FISH & RICHARDSON P.C.
>919 North Market Street
>Suite 1100
>Wilmington, Delaware 19899

I further certify that on April 15, 2005, a copy of the foregoing Notice of Service was also served by hand upon the above-listed counsel and by Federal Express upon the following non-registered participant:

>Michael E. Zeliger, Esquire
>FISH & RICHARDSON P.C.
>225 Franklin Street
>Boston, Massachusetts 02110

YOUNG CONAWAY STARGATT & TAYLOR

/s/ Richard H. Morse
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6600
rmorse@ycst.com

Attorneys for Plaintiff
Ventana Medical Systems, Inc.