IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA INC., <br><br> Defendant. | C.A. No. 04-1522-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 28, 2005, true and correct copies of the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**(i)  DEFENDANT'S FIRST SET OF INTERROGATORIES**

**(ii) DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

**(iii) DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

**(iv) DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

**BY HAND DELIVERY**

| | |
|---|---|
| Richard H. Morse <br> YOUNG, CONAWAY, STARGATT & TAYLOR <br> The Brandywine Bldg., 17th Floor <br> 1000 West Street <br> P.O. Box 391 <br> Wilmington, DE  19899 | Attorneys for Plaintiff <br> Ventana Medical Systems, Inc. |

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Ron E. Shulman | Attorneys for Plaintiff |
| Roger J. Chin | Ventana Medical Systems, Inc |
| WILSON  SONSINI GOODRICH & ROSATI | |
| 650 Page Mill Road | |
| Palo Alto, CA  94304 | |
| (650) 493-9300 | |

Dated:  April 28, 2005          FISH & RICHARDSON P.C.


                                By:  /s/ Timothy Devlin
                                     Timothy Devlin (No. 4241)
                                     919 North Market Street, Suite 1100
                                     P.O. Box 1114
                                     Wilmington, Delaware 19899
                                     (302) 652-5070

                                     Michael E. Zeliger (*pro hac vice*)
                                     FISH & RICHARDSON P.C.
                                     225 Franklin Street
                                     Boston, Massachusetts 02110
                                     (617) 542-5070

                                     Attorneys for Defendant,
                                     DakoCytomation California, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2005, a true and correct copy of **NOTICE OF SERVICE** was caused to be served on the attorneys of record at the following addresses as indicated**:**

**BY ELECTRONIC MAIL**

| | |
|---|---|
| Richard H. Morse<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899 | Attorneys for Plaintiff<br>Ventana Medical Systems, Inc. |

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Ron E. Shulman<br>Roger J. Chin<br>WILSON  SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA  94304<br>(650) 493-9300 | Attorneys for Plaintiff<br>Ventana Medical Systems, Inc |

                                          /s/ Timothy Devlin
                                            Timothy Devlin