## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VENTANA MEDICAL SYSTEMS, INC.,

       Plaintiff,

v.

DAKOCYTOMATION CALIFORNIA INC.,

       Defendant.

Civil Action No. 04-1522-GMS

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(c) and the attached certification, Richard H. Morse

moves for the admission *pro hac vice* of Charles P. Reichmann, Esquire to represent

plaintiff in this matter.

YOUNG CONAWAY STARGATT & TAYLOR

*Richard H. Morse*

Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorneys for Plaintiff

Of Counsel:

Ron E. Shulman (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304
(650) 493-9300

Roger J. Chin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA  94105
(415) 947-2000

DATED:  May 20, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is

granted.

_____
Judge Gregory M. Sleet

DATED: _____

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

VENTANA MEDICAL SYSTEMS, INC.,

    Plaintiff,

    v.

DAKOCYTOMATION CALIFORNIA INC.,

    Defendant.

Civil Action No. 04-1522-GMS

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

WILSON SONSINI GOODRICH & ROSATI

Charles P. Reichmann
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
(415) 947-2000

DATED: May 18, 2005

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on May 20, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Timothy Devlin, Esquire
> Fish & Richardson, P.C.
> 919 North Market Street, Suite 100
> P.O. Box 1114
> Wilmington, DE 19899-1114

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorneys for Plaintiff