UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA INC., <br><br> Defendant. | Civil Action No. 04-1522-GMS |

**NOTICE OF SERVICE OF THIRD PARTY SUBPOENA**

PLEASE TAKE NOTICE that on May 27, 2005 plaintiff Ventana Medical Systems, Inc. served a subpoena on the following third party:

      Nova Biomedical Corporation
      200 Prospect Street
      Waltham, MA  02454

and that on May 31, 2005 a copy of that subpoena, together with a copy of this notice, was caused to be served by hand delivery upon the following counsel of record:

      Timothy Devlin, Esquire
      Fish & Richardson, P.C.
      919 North Market Street, Suite 100
      P.O. Box 1114
      Wilmington, DE  19899-1114

YOUNG CONAWAY STARGATT & TAYLOR

*/s/ Richard H. Morse*
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorneys for Plaintiff


Of Counsel:

Ron E. Shulman (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

Roger J. Chin (*pro hac vice*)
Charles P. Reichmann (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

DATED: May 31, 2005

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on May 31, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Timothy Devlin, Esquire
>Fish & Richardson, P.C.
>919 North Market Street, Suite 100
>P.O. Box 1114
>Wilmington, DE 19899-1114

>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

>*/s/ Richard H. Morse*
>Richard H. Morse (I.D. No. 531)
>17th Floor, Brandywine Building
>1000 West Street
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6651
>rmorse@ycst.com

>Attorneys for Plaintiff