UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAKOCYTOMATION CALIFORNIA INC.,<br><br>Defendant. | Civil Action No. 04-1522-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 31, 2005 copies of 1) Plaintiff's Objections and Responses to Defendant's First Set of Interrogatories, and 2) Plaintiff's Objections and Responses to Defendant's First Set of Requests for Production of Documents and Things were caused to be served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Timothy Devlin, Esquire
FISH & RICHARDSON, P.C.
919 Market Street, Suite 1100
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Michael E. Zeliger, Esquire
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110

YOUNG CONAWAY STARGATT & TAYLOR

*/s/ Richard H. Morse*
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com
Attorneys for Plaintiff

Of Counsel:

Ron E. Shulman (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

Roger J. Chin (*pro hac vice*)
Charles P. Reichmann (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

DATED: May 31, 2005

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on May 31, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>  Timothy Devlin, Esquire
>  Fish & Richardson, P.C.
>  919 North Market Street, Suite 1100
>  P.O. Box 1114
>  Wilmington, DE 19899-1114

I further certify that on May 31, 2005, I caused copies of the foregoing document to be served by hand delivery on the above-listed counsel and on the following non-registered participant in the manner indicated:

### BY FEDERAL EXPRESS

>  Michael E. Zeliger, Esquire
>  Fish & Richardson, P.C.
>  225 Franklin Street
>  Boston, MA 02110

>  YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
>
>  /s/ Richard H. Morse
>  Richard H. Morse (I.D. No. 531)
>  17th Floor, Brandywine Building
>  1000 West Street
>  P.O. Box 391
>  Wilmington, Delaware 19899-0391
>  (302) 571-6651
>  rmorse@ycst.com
>
>  Attorneys for Plaintiff