UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA INC., <br><br> Defendant. | Civil Action No. 04-1522-GMS |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(c) and the attached certification, Richard H. Morse moves for the admission *pro hac vice* of Matthew R. Reed, Esquire to represent plaintiff in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorneys for Plaintiff

DATED: August 10, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
Judge Gregory M. Sleet

DATED: _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAKOCYTOMATION CALIFORNIA INC.,<br><br>Defendant. | Civil Action No. 04-1522-GMS |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

WILSON SONSINI GOODRICH & ROSATI

*/s/ Matthew R. Reed*
Matthew R. Reed
650 Page Mill Road
Palo Alto, California 94304
(650) 493-9300

DATED: August 9, 2005

## **CERTIFICATE OF SERVICE**

I, Richard H. Morse, hereby certify that on August 10, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Timothy Devlin, Esquire
>Fish & Richardson, P.C.
>919 North Market Street, Suite 1100
>P.O. Box 1114
>Wilmington, DE 19899-1114

I further certify that on August 10, 2005, I caused copies of the foregoing document to be served on the following non-registered participant in the manner indicated:

**BY E-MAIL**

>Michael E. Zeliger, Esquire
>Fish & Richardson, P.C.
>225 Franklin Street
>Boston, MA 02110

>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
>
>/s/ Richard H. Morse
>Richard H. Morse (I.D. No. 531)
>17th Floor, Brandywine Building
>1000 West Street
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6651
>rmorse@ycst.com
>
>Attorneys for Plaintiff