UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA INC., <br><br> Defendant. | Civil Action No. 04-1522-GMS |

**JOINT FINAL CLAIM CHART**

Pursuant to the Court's Scheduling Order adopted March 31, 2005, the parties submit the attached Joint Final Claim Chart in this matter.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR | FISH & RICHARDSON P.C. |
| /s/<br>Richard H. Morse (No. 531)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, Delaware 19899<br>(302) 571-6651<br>rmorse@ycst.com | /s/<br>Timothy Devlin (No. 4241)<br>919 North Market Stree<br>Suit 1100<br>P.O. Box 1114<br>Wilmington, Delaware 19899<br>(302) 652-5070<br>tdevlin@fr.com |
| Attorneys for Plaintiff<br>Ventana Medical Systems, Inc. | Attorneys for Defendant<br>DakoCytomation California, Inc. |

-2-

Of Counsel:

Ron E. Shulman (*pro hac vice)*
Roger J. Chin (*pro hac vice*)
Matthew R. Reed (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

Of Counsel:

Michael E. Zeliger (*pro hac vice*)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts 02110
(617) 542-5070

DATED: October 3, 2005

Joint Final Claim Chart

| '901 Patent Claim 1 | Ventana's Proposed Construction and Intrinsic Evidence | DakoCytomation's Proposed Construction and Intrinsic evidence |
|---|---|---|
| 1. A biological reaction apparatus for dispensing a selected reagent to a slide containing a sample, said biological reaction apparatus comprising: | | |
| a reagent carousel having a plurality of reagent container supports thereon; | The parties agree that this claim element is plain on its face and does not require construction. | |
| a homing and indexing device, operatively coupled to the reagent carousel, for identifying the position of each reagent container support with reference to a home position; | The parties agree that this claim element is plain on its face and does not require construction. | |
| a motor engaging the reagent carousel and operatively coupled to said homing and indexing device, for rotating the reagent carousel and positioning a preselected reagent container support in a reagent supply zone, wherein said reagent supply zone is oriented so that reagent in a container in said preselected reagent container support is dispensable to a slide and wherein each of the reagent container supports is arranged to accommodate a reagent container such that it is positioned above a slide when in the reagent supply zone whereby the reagent is dispensable from a lower end of said container onto the slide; | The parties agree that this claim element is plain on its face and does not require construction. | |

-1-

| '901 Patent Claim 1 | Ventana's Proposed Construction and Intrinsic Evidence | DakoCytomation's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| a sample carousel arranged beneath said reagent carousel for cooperation therewith, and having a plurality of slide supports with each slide support engaging a slide having a substantially planar support surface, said slide having a **reagent agitation zone** for adding and mixing reagents thereto located on the slide's upper surface; and | Ventana believes that the phrase "**reagent agitation zone**" is plain on its face and does not require construction. To the extent any construction is necessary, "**reagent agitation zone**" means an area on the slide's upper surface where reagents are added and mixed. | "**reagent agitation zone**"<br><br>*Proposed Construction:*<br><br>A region where the apparatus adds and mixes reagents without spilling them.<br><br>The region is not a "reagent agent zone" if it has structural boundaries that retain reagents, such as the walls of a receptacle.<br><br>*Intrinsic Evidence:*<br><br>Fig. 17, 18(c), 32. Col. 12, lines 57-67; col. 13, lines 1-4.<br><br>'169 App., May 7, 2004 submission, at 16-17.<br><br>WO8503571(A1) to Hulette |

| '901 Patent Claim 1 | Ventana's Proposed Construction and Intrinsic Evidence | DakoCytomation's Proposed Construction and Intrinsic evidence |
|---|---|---|
| **an air mixer comprising an air jet and an air supply means positioned adjacent to a said reagent agitation zone for mixing reagents**, said air mixer directing a jet of air at the reagent agitation zone thereby inducing mixing in the reagent agitation zone. | The claimed "**air mixer**" includes two elements: (i) "**an air jet**"; and (ii) "**an air supply means**." It is the "**air mixer**" that is "**positioned adjacent to a said reagent agitation zone**" and it is the "**air mixer**" that is "**for mixing reagents**."<br><br>The "**air jet**" is a stream of air.<br><br>The "**air supply means**" is written in means-plus-function form pursuant to 35 U.S.C. § 112 ¶ 6. The function of this element is to supply air. The corresponding structure described in the specification is a nozzle.<br><br>Ventana believes that the phrase "**adjacent**" is plain on its face and does not require construction. To the extent any construction is necessary, "**adjacent**" means near.<br><br>*Intrinsic Evidence*:<br><br>U.S. Patent No. 6,827,901 ("the '901 Patent"): Figs. 16 and 17, elements 351, 355, 356 and 357; Fig. 32, elements 351A and 356A; 12:46-56; 12:57-13:15; 16:16-18; 23:19-65<br><br>Application 10/137,169 ("the '169 App."): Preliminary Amendment dated 5/2/2002; Office Action dated 2/5/2003; Reply to February 5, 2003 Official Action dated 8/5/2003; Office Action dated 10/22/2003 | DakoCytomation does not believe that each term in this portion of the claim requires construction. Instead, it contends that only the terms "**air jet**" and "**air supply means positioned adjacent to a said reagent agitation zone for mixing reagents**" and "**adjacent**" warrant interpretation.<br><br>"**air jet**"<br><br>*Proposed Construction*:<br><br>A conical or cylindrical stream of air.<br><br>*Intrinsic Evidence*:<br><br>Figs. 16, 17, 28, 32. Col. 23, lines 19-29, 42-48.<br><br>U.S. Patent No. 4,815,978, See e.g. Fig. 9:<br><br>FIG. 9. [diagram showing NOZZLE, AIR JET, CUVETTE, NO INTERFERENCE, MENISCUS AREA] |

-3-

| '901 Patent Claim 1 | Ventana's Proposed Construction and Intrinsic Evidence | DakoCytomation's Proposed Construction and Intrinsic evidence |
|---|---|---|
| | | WO8503571(A1) to Hulette. See e.g. Fig. 10:<br><br>FIG. 10. [figure showing nozzle, air jet, cuvette, meniscus area, no interference]<br><br>**"air supply means positioned adjacent to a said reagent agitation zone for mixing reagents"**<br><br>*Proposed Construction:*<br><br>This is written in means-plus-function form, and is subject to 35 U.S.C. § 112, ¶ 6.<br><br>The <u>function</u> is mixing reagents.<br><br>The <u>corresponding structures</u> disclosed in the specification are the air supply channel 358, vortex mixer air jet blocks 220, 222 and 224 or alternatively the vortex air mixer 220A; nozzles 351 and 355 with central axes |

-4-

| '901 Patent Claim 1 | Ventana's Proposed Construction and Intrinsic Evidence | DakoCytomation's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | | which form angles 'd' and 'e' from 5 to 15° with the horizontal. *Intrinsic Evidence:* Figs. 11, 16, 17, 28 and 32. Nos. 358, 220, 222, 224, 220A, 351, 355 and letters 'd' and 'e'. Col. 3, lines 32-35 and 65-67; col. 4, lines 47-61; col. 12, line 46-col. 13, line 15; col. 23, lines 19-48. **"adjacent"** *Proposed Construction:* Next to, but not above or underneath. *Intrinsic Evidence:* Figs. 16, 17, 28 and 32. Col. 3, lines 65-67; col. 4, lines 47-61; col. 12, line 46-col. 13, line 15; col. 23, lines 19-48. '169 App., May 7, 2004 submission, at 15-16 and 20. |

NOTE: The phrases listed above from Claim 1 as requiring construction by the court also appear in Claim 45 of the '901 patent. The parties agree that these phrases have the same meanings in Claims 1 and 45.

-5-