**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA INC., <br><br> Defendant. | Civil Action No. 04-1522-GMS |

**UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE FINAL CLAIM CHART**

Defendant Dakocytomation California Inc. ("DakoCytomaton") hereby moves to supplement the October 3, 2005 Joint Final Claim Chart. DakoCytomation seeks to add a small amount of material to the Final Claim Chart and is not seeking construction of any new terms. The Plaintiff, Ventana Medical Systems, Inc. ("Ventana"), is aware of and does not oppose this request. A redline version of the October 3, 2005 Joint Final Claim Chart identifying the additional material is attached hereto as Exhibit A.

Dated:  October 13, 3005

FISH & RICHARDSON P.C.

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
919 North Market Street
Suite 1100
Wilmington, Delaware 19899
(302) 652-5070

Michael E. Zeliger
225 Franklin Street
Boston, Massachusetts 02110
(617) 542-5070

Attorneys for Defendant
DakoCytomation California, Inc.

SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2005, I electronically filed **UNOPPOSED**

**MOTION FOR LEAVE TO SUPPLEMENT THE FINAL CLAIM CHART** with the

Clerk of Court using CM/ECF which will send notification of such filing(s) to the

following:

Richard H. Morse                    Attorneys for Plaintiff
YOUNG, CONAWAY, STARGATT &          Ventana Medical Systems, Inc.
TAYLOR
The Brandywine Bldg., 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899


I hereby certify that on October 13, 2005, I have mailed by Federal Express

Service, the document(s) to the following non-registered participants:


Ron E. Shulman
Roger J. Chin                       Attorneys for Plaintiff
WILSON  SONSINI GOODRICH &          Ventana Medical Systems, Inc
ROSATI
650 Page Mill Road
Palo Alto, CA  94304
(650) 493-9300


                                    */s/ Timothy Devlin*
                                    Timothy Devlin