Exhibit A

| '901 Patent Claim 1 | Ventana's Proposed Construction and Intrinsic Evidence | DakoCytomation's Proposed Construction and Intrinsic evidence |
|---|---|---|
| 1. A biological reaction apparatus for dispensing a selected reagent to a slide containing a sample, said biological reaction apparatus comprising: | | |
| a reagent carousel having a plurality of reagent container supports thereon; | The parties agree that this claim element is plain on its face and does not require construction. | |
| a homing and indexing device, operatively coupled to the reagent carousel, for identifying the position of each reagent container support with reference to a home position; | The parties agree that this claim element is plain on its face and does not require construction. | |
| a motor engaging the reagent carousel and operatively coupled to said homing and indexing device, for rotating the reagent carousel and positioning a preselected reagent container support in a reagent supply zone, wherein said reagent supply zone is oriented so that reagent in a container in said preselected reagent container support is dispensable to a slide and wherein each of the reagent container supports is arranged to accommodate a reagent container such that it is positioned above a slide when in the reagent supply zone whereby the reagent is dispensable from a lower end of said container onto the slide; | The parties agree that this claim element is plain on its face and does not require construction. | |

-1-

| '901 Patent Claim 1 | Ventana's Proposed Construction and Intrinsic Evidence | DakoCytomation's Proposed Construction and Intrinsic evidence |
|---|---|---|
| a sample carousel arranged beneath said reagent carousel for cooperation therewith, and having a plurality of slide supports with each slide support engaging a slide having a substantially planar support surface, said slide having a **reagent agitation zone** for adding and mixing reagents thereto located on the slide's upper surface; and | Ventana believes that the phrase **"reagent agitation zone"** is plain on its face and does not require construction. To the extent any construction is necessary, **"reagent agitation zone"** means an area on the slide's upper surface where reagents are added and mixed. | **"reagent agitation zone"**<br>*Proposed Construction:*<br>A region where the apparatus adds and mixes reagents without spilling them.<br>The region is not a "reagent agent zone" if it has structural boundaries that retain reagents, such as the walls of a receptacle.<br>*Intrinsic Evidence:*<br>Fig. 17, 18(c), 32. Col. 12, lines 57-67; col. 13, lines 1-4.<br>'169 App., May 7, 2004 submission, at 11-12 and 16-17; '169 Office Action dated 2/5/2003, at 3-7; '169 Reply to Office action dated 8/5/2003 at 11-12; '169 Office Action dated 10/22/2003, at 2-3; '169 Notice of Allowability, at 2.<br>WO8503571(A1) to Hulette |

| '901 Patent Claim 1 | Ventana's Proposed Construction and Intrinsic Evidence | DakoCytomation's Proposed Construction and Intrinsic evidence |
|---|---|---|
| **an air mixer comprising an air jet and an air supply means positioned adjacent to a said reagent agitation zone for mixing reagents,** said air mixer directing a jet of air at the reagent agitation zone thereby inducing mixing in the reagent agitation zone. | The claimed "**air mixer**" includes two elements: (i) "**an air jet**"; and (ii) "**an air supply means**." It is the "**air mixer**" that is "**positioned adjacent to a said reagent agitation zone**" and it is the "**air mixer**" that is "**for mixing reagents**."<br><br>The "**air jet**" is a stream of air.<br><br>The **"air supply means"** is written in means-plus-function form pursuant to 35 U.S.C. § 112 ¶ 6. The function of this element is to supply air. The corresponding structure described in the specification is a nozzle.<br><br>Ventana believes that the phrase "**adjacent**" is plain on its face and does not require construction. To the extent any construction is necessary, "**adjacent**" means near.<br><br>*Intrinsic Evidence:*<br><br>U.S. Patent No. 6,827,901 ("the '901 Patent"): Figs. 16 and 17, elements 351, 355, 356 and 357; Fig. 32, elements 351A and 356A; 12:46-56; 12:57-13:15; 16:16-18; 23:19-65<br><br>Application 10/137,169 ("the '169 App."): Preliminary Amendment dated 5/2/2002; Office Action dated 2/5/2003; Reply to February 5, 2003 Official Action dated 8/5/2003; Office Action dated 10/22/2003 | DakoCytomation does not believe that each term in this portion of the claim requires construction. Instead, it contends that only the terms "**air jet**" and "**air supply means positioned adjacent to a said reagent agitation zone for mixing reagents**" and "**adjacent**" warrant interpretation.<br><br>"**air jet**"<br><br>*Proposed Construction:*<br><br>A conical or cylindrical stream of air.<br><br>*Intrinsic Evidence:*<br><br>Figs. 16, 17, 28, 32. Col. 23, lines 19-29, 42-48.<br><br>U.S. Patent No. 4,815,978, See e.g. Fig. 9:<br><br>FIG. 9.<br>NOZZLE<br>AIR JET<br>CUVETTE<br>NO INTERFERENCE<br>MENISCUS AREA |

| '901 Patent Claim 1 | Ventana's Proposed Construction and Intrinsic Evidence | DakoCytomation's Proposed Construction and Intrinsic evidence |
|---|---|---|
| | | WO8503571(A1) to Hulette. See e.g. Fig. 10:<br><br>**"air supply means positioned adjacent to a said reagent agitation zone for mixing reagents"**<br><br>*Proposed Construction*:<br><br>This is written in means-plus-function form, and is subject to 35 U.S.C. § 112, ¶ 6.<br><br>The <u>function</u> is mixing reagents.<br><br>The <u>corresponding structures</u> disclosed in the specification are the air supply channel<u>s</u> <u>350, 354 and</u> 358 <u>or alternatively air supply channels 350A, 352A and 358A;</u> vortex mixer air jet blocks 220, 222 and 224 or |

4

| **'901 Patent Claim 1** | **Ventana's Proposed Construction and Intrinsic Evidence** | **DakoCytomation's Proposed Construction and Intrinsic evidence** |
|---|---|---|
| | | alternatively the vortex air mixer 220A; nozzles 351 and 355 with central axes which form angles 'd' and 'e' from 5 to 15º with the horizontal or alternatively nozzles 351A with a central axis which forming angles from 5 to 15º with the horizontal. *Intrinsic Evidence:* Figs. 11, 16, 17, 28 and 32. Nos. 358, 220, 222, 224, 220A, 351, 355 and letters 'd' and 'e' Col. 3, lines 32-35 and 65-67; col. 4, lines 47-61; col. 12, line 46-col. 13, line 15; col. 23, lines 19-48. '169 Office Action dated 2/5/2003, at 2; '169 Reply to Office action dated 8/5/2003 at 2 and 11. **"adjacent"** *Proposed Construction:* Next to, but not above or underneath. *Intrinsic Evidence:* Figs. 16, 17, 28 and 32. Col. 3, lines 65-67; col. 4, lines 47-61; col. 12, line 46-col. 13, line 15; col. 23, lines 19-48. '169 App., May 7, 2004 submission, at 15-16 and 20. Sakurada (USP 4,346,056); Rokugawa (USP 4,844,868) |

5

NOTE:  The phrases listed above from Claim 1 as requiring construction by the court also appear in Claim 45 of the '901 patent.  The parties agree that these phrases have the same meanings in Claims 1 and 45.