IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA INC., <br><br> Defendant. | C.A. No. 04-1522-GMS |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**DECLARATION OF TIMOTHY DEVLIN, ESQ.**

The original documents are maintained in the case file in the Clerk's Office.

Dated: October 17, 2005          FISH & RICHARDSON P.C.


By: /s/ *Timothy Devlin*
Timothy Devlin (No. 4241)
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, Delaware 19899
(302) 652-5070

Michael E. Zeliger (*pro hac vice*)
225 Franklin Street
Boston, Massachusetts 02110
(617) 542-5070

Attorneys for Defendant
DakoCytomation California, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2005, I electronically filed the attached **NOTICE OF FILING WITH CLERK'S OFFICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard H. Morse
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Bldg., 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899
**(Also served on the foregoing via hand delivery)**

*Attorneys for Plaintiff*
*Ventana Medical Systems, Inc.*

I hereby certify that on October 17, 2005, I have mailed via Federal Express, the document(s) to the following non-registered participants:

Ron E. Shulman
Roger J. Chin
WILSON  SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304
(650) 493-9300

*Attorneys for Plaintiff*
*Ventana Medical Systems, Inc.*

                                        */s/ Timothy Devlin*
                                        Timothy Devlin