UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAKOCYTOMATION CALIFORNIA INC.,<br><br>Defendant. | Civil Action No. 04-1522-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 19, 2005 copies of 1) Plaintiff's Second Set of Interrogatories to Defendant Dakocytomation; 2) Plaintiff's Second Set of Requests for Production of Documents and Things, and 3) Plaintiff's First Set of Requests for Admission to Defendant Dakocytomation were caused to be served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**
Timothy Devlin, Esquire
FISH & RICHARDSON, P.C.
919 Market Street, Suite 1100
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
Michael E. Zeliger, Esquire
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110

YOUNG CONAWAY STARGATT & TAYLOR

*/s/ Richard H. Morse/*

Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com
Attorneys for Plaintiff

Of Counsel:

Ron E. Shulman (*pro hac vice*)
Matthew R. Reed (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

Roger J. Chin (*pro hac vice*)
Charles P. Reichmann (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

DATED: October 19, 2005