IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA INC., <br><br> Defendant. | C.A. No. 04-1522-GMS |

## JOINT MOTION FOR EXTENSION OF FACT DISCOVERY DEADLINE

Plaintiff Ventana Medical Systems, Inc. ("Ventana") and Defendant DakoCytomation California Inc. ("DakoCytomation") hereby jointly request an extension of the fact discovery deadline. Fact discovery is currently set to close on November 18, 2005 pursuant to this Court's March 31, 2005 Scheduling Order. The parties request that fact discovery be extended to January 13, 2006, as set forth in the attached Proposed Amended Scheduling Order.

The parties are requesting this extension because, due to the difficulties in scheduling depositions of foreign witnesses, in part because of witness and attorney schedules, they do not believe they can properly complete fact discovery by the current cut-off date. The purpose of the extension is to give the parties additional time to conduct the depositions, and to conduct any follow-up written discovery. The extension would take into account intervening holidays which limit available dates for deposition.

The extension would not affect any other deadlines in the schedule, and would not cause the Court to alter any dates in its calendar. As set forth in the attached certification under Local Rule 16.5, counsel for Ventana and DakoCytomation have sent a copy of this request to their respective clients.

Dated: November 3, 2005                                    Dated: November 3, 2005

By:  /s/ *Richard H. Morse*                          By:  /s/ *Timothy Devlin*
    Richard H. Morse (No. 531)                      Timothy Devlin (No. 4241)
    YOUNG, CONAWAY, STARGATT &                      FISH & RICHARDSON P.C.
    TAYLOR                                           919 North Market Street, Suite 1100
    The Brandywine Bldg., 17th Floor                 Wilmington, Delaware 19899
    1000 West Street                                 (302) 652-5070
    P.O. Box 391                                     tdevlin@fr.com
    Wilmington, DE 19899
    rmorse@ycst.com

    Ron E. Shulman (*pro hac vice*)                  Michael E. Zeliger (*pro hac vice*)
    Roger J. Chin (*pro hac vice*)                   FISH & RICHARDSON P.C.
    WILSON SONSINI GOODRICH &                        225 Franklin Street
    ROSATI                                           Boston, Massachusetts 02110
    650 Page Mill Road                               (617) 542-5070
    Palo Alto, CA 94304

    Attorneys for Plaintiff,                         Attorneys for Defendant,
    Ventana Medical Systems, Inc.                    DakoCytomation California, Inc.


IT IS SO ORDERED this _____ day of _____, 2005.


_____
The Honorable Gregory M. Sleet

2