## Statement under Local Rule 16.5

Counsel for Plaintiff Ventana Medical Systems, Inc. hereby certifies that a copy of this request has been sent to Ventana Medical Systems, Inc.

/s/ *Richard H. Morse*

Counsel for Defendant DakoCytomation California Inc. hereby certifies that a copy of this request has been sent to DakoCytomation California Inc.

/s/ *Timothy Devlin*