UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>DAKOCYTOMATION CALIFORNIA INC.,<br><br>      Defendant. | C.A. No. 04-1522-GMS |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jackson Ho, to represent defendant Dakocytomation California Inc. in this matter.

Dated: December 2, 2005     FISH & RICHARDSON P.C.

                                                By: */s/ Timothy Devlin*
                                                     Timothy Devlin (#4241)
                                                     919 N. Market Street, Suite 1100
                                                     P.O. Box 1114
                                                     Wilmington, DE 19899-1114
                                                     (302) 652-5070

                                                   *Attorneys for Defendant*
                                                   *Dakocytomation California Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2005     _____
                                                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar Massachusetts, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: Dec 1, 2005       Signed: _____
                                  Jackson Ho
                                  Fish & Richardson P.C.
                                  225 Franklin Street
                                  Boston, MA  02110-2804
                                  (617) 542-5070

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2005, I electronically filed **Motion for Admission Pro Hac Vice** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard H. Morse, Esq.<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19899 | Attorneys for Plaintiff<br>Ventana Medical Systems, Inc. |

I hereby certify that on December 2, 2005, I have mailed by Federal Express Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Ron E. Shulman, Esq.<br>Roger J. Chin, Esq.<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304 | Attorneys for Plaintiff<br>Ventana Medical Systems, Inc. |

/s/ Timothy Devlin
Timothy Devlin

80028572.doc