IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DAKOCYTOMATION CALIFORNIA INC.,<br><br>    Defendant. | C.A. No. 04-1522-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 13, 2005, true and correct copies of the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

(i) **DEFENDANT'S SECOND SET OF INTERROGATORIES**

(ii) **DEFENDANT'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

**BY HAND DELIVERY**

| | |
|---|---|
| Richard H. Morse<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899 | Attorneys for Plaintiff<br>Ventana Medical Systems, Inc. |

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Ron E. Shulman<br>Roger J. Chin<br>WILSON  SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA  94304<br>(650) 493-9300 | Attorneys for Plaintiff<br>Ventana Medical Systems, Inc |

Dated: December 13, 2005	FISH & RICHARDSON P.C.


By: */s/ Timothy Devlin*
	Timothy Devlin (No. 4241)
	919 North Market Street, Suite 1100
	P.O. Box 1114
	Wilmington, Delaware 19899
	(302) 652-5070

	Michael E. Zeliger (*pro hac vice*)
	FISH & RICHARDSON P.C.
	225 Franklin Street
	Boston, Massachusetts 02110
	(617) 542-5070

Attorneys for Defendant,
DakoCytomation California, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th of December, 2005, a true and correct copy of **NOTICE OF SERVICE** was caused to be served on the attorneys of record at the following addresses as indicated**:**

**BY ELECTRONIC MAIL**

| | |
|---|---|
| Richard H. Morse<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899 | Attorneys for Plaintiff<br>Ventana Medical Systems, Inc. |

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Ron E. Shulman<br>Roger J. Chin<br>WILSON  SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA  94304<br>(650) 493-9300 | Attorneys for Plaintiff<br>Ventana Medical Systems, Inc |

                                              */s/ Timothy Devlin*
                                              Timothy Devlin