UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA INC., <br><br> Defendant. | Civil Action No. 04-1522-GMS |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 3, 2006 copies of Notice of Deposition of Scott Leon were caused to be served upon the following counsel of record by U.S. Mail and facsimile:

Timothy Devlin, Esquire
FISH & RICHARDSON, P.C.
919 Market Street, Suite 1100
Wilmington, DE 19899

Michael E. Zeliger, Esquire
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110

PLEASE TAKE FURTHER NOTICE that on January 4, 2006 copies of 1) Notice of Deposition of Herbert Loeffler and 2) Notice of Deposition of Steven Bogen were caused to be served upon the following counsel of record by U.S. Mail and facsimile:

Timothy Devlin, Esquire
FISH & RICHARDSON, P.C.
919 Market Street, Suite 1100
Wilmington, DE 19899

Michael E. Zeliger, Esquire
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    */s/ Richard H. Morse*

                    Richard H. Morse (No. 531)
                    The Brandywine Building, 17th Floor
                    1000 West Street
                    P.O. Box 391
                    Wilmington, Delaware 19899
                    (302) 571-6651
                    rmorse@ycst.com
                    Attorneys for Plaintiff

Of Counsel:

Ron E. Shulman (*pro hac vice*)
Matthew R. Reed (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

Roger J. Chin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

DATED: January 5, 2006

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on January 5, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Timothy Devlin, Esquire
>Fish & Richardson, P.C.
>919 North Market Street, Suite 1100
>P.O. Box 1114
>Wilmington, DE 19899-1114

I further certify that on December 5, 2005, I caused copies of the foregoing document to be served on the following non-registered participant in the manner indicated:

### BY E-MAIL

>Michael E. Zeliger, Esquire
>Fish & Richardson, P.C.
>225 Franklin Street
>Boston, MA 02110

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ Richard H. Morse
Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorneys for Plaintiff