UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA INC., <br><br> Defendant. | C.A. No. 04-1522-GMS |

**DEFENDANT'S NOTICE OF DEPOSITION OF WILLIAM RICHARDS**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 30, Defendant DakoCytomation California Inc. ("DakoCytomation") will take the deposition upon oral examination of William Richards commencing at 9:00 a.m. on Friday, January 13, 2006 at the offices of Ventana Medical Systems, Inc., 1910 Innovation Park Drive, Tucson, AZ 85755, or at such other date and location agreed to by counsel for the parties.

The deposition will be recorded stenographically before a court reporter or other person authorized to administer oaths and may also be videotaped. You are invited to attend and cross-examine.

Dated: January 6, 2006               FISH & RICHARDSON P.C.


                                     By: */s/ Timothy Devlin*
                                         Timothy Devlin (No. 4241)
                                         919 North Market Street, Suite 1100
                                         P.O. Box 1114
                                         Wilmington, Delaware 19899
                                         (302) 652-5070

                                         Michael E. Zeliger (*pro hac vice*)
                                         FISH & RICHARDSON P.C.
                                         225 Franklin Street
                                         Boston, Massachusetts 02110
                                         (617) 542-5070

                                     Attorneys for Defendant,
                                     DakoCytomation California, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2006, a true and correct copy of **DEFENDANT'S NOTICE OF DEPOSITION OF WILLIAM RICHARDS** was caused to be served on the attorneys at the following addresses as indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Richard H. Morse<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899 | Attorneys for Plaintiff<br>Ventana Medical Systems, Inc. |

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Ron E. Shulman<br>Roger J. Chin<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>(650) 493-9300 | Attorneys for Plaintiff<br>Ventana Medical Systems, Inc |

            */s/ Timothy Devlin*
            Timothy Devlin