IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1522 (GMS) |
| ) | |
| DAKOCYTOMATION CALIFORNIA ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

WHEREAS, on November 17, 2005, Dakocytomation California Inc. ("Dakocytomation") filed a Motion to Strike Portions of Plaintiff Ventana's Answering Claim Construction Brief (D.I. 51);

WHEREAS, the motion asserts that Ventana Medical Systems, Inc.'s ("Ventana") answering brief explains the workings of Dakocytomation's accused infringing device to support its claim construction argument;

WHEREAS, on December 5, 2005, Ventana filed an answering brief opposing Dakocytomation's motion;

WHEREAS, the court, by virtue of its extensive experience in patent litigation, is well aware that claims are not construed in light of, or by reference to, the accused device;[1] and

WHEREAS, the court did not consider any information offered by Ventana with respect to the accused infringing device when construing the claim terms of U.S. Patent No. 6,827,901;

---

[1] *SRI Int'l v. Matshushita Elec. Corp. of Am.*, 775 F.2d 1107, 1118 (Fed. Cir. 1985) (*en banc*).

IT IS HEREBY ORDERED that:

1. The defendant's Motion to Strike Portions of Plaintiff Ventana's Answering Claim Construction Brief (D.I. 51) is DENIED as moot.


Dated: January 11, 2006                                  /s/ Gregory M. Sleet
                                                         UNITED STATES DISTRICT JUDGE