IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAKOCYTOMATION CALIFORNIA INC.,<br><br>　　　　Defendant. | C.A. No. 04-1522-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 12, 2006, true and correct copies of the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**(i)   DEFENDANT'S RESPONSES TO PLAINTIFF'S THIRD SET OF INTERROGATORIES**

**(ii)  DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSION**

**BY HAND DELIVERY**

| | |
|---|---|
| Richard H. Morse<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE  19899 | Attorneys for Plaintiff<br>Ventana Medical Systems, Inc. |

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Ron E. Shulman<br>Roger J. Chin<br>WILSON  SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA  94304<br>(650) 493-9300 | Attorneys for Plaintiff<br>Ventana Medical Systems, Inc |

Dated: January 12, 2006         FISH & RICHARDSON P.C.

By: */s/ Timothy Devlin*
Timothy Devlin (No. 4241)
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, Delaware 19899
(302) 652-5070

Michael E. Zeliger (*pro hac vice*)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts 02110
(617) 542-5070

Attorneys for Defendant,
DakoCytomation California, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2006, I electronically filed **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following Delaware counsel. In addition the filing will also be sent via hand delivery:

Richard H. Morse  
YOUNG, CONAWAY, STARGATT & TAYLOR  
The Brandywine Bldg., 17th Floor  
1000 West Street  
P.O. Box 391  
Wilmington, DE 19899

Attorneys for Plaintiff  
Ventana Medical Systems, Inc.

I hereby certify that on January 12, 2006, I have mailed by Federal Express Service, the document(s) to the following non-registered participants:

Ron E. Shulman  
Roger J. Chin  
WILSON SONSINI GOODRICH & ROSATI  
650 Page Mill Road  
Palo Alto, CA 94304  
(650) 493-9300

Attorneys for Plaintiff  
Ventana Medical Systems, Inc

*/s/ Timothy Devlin*  
Timothy Devlin