UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA INC., <br><br> Defendant. | Civil Action No. 04-1522-GMS |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 18, 2006 copies of Plaintiff's Amended Objections and Responses to Defendant's Second Set of Interrogatories were caused to be served by e-mail and U.S. Mail upon the following counsel of record:

Timothy Devlin, Esquire
FISH & RICHARDSON, P.C.
919 Market Street, Suite 1100
Wilmington, DE 19899

Michael E. Zeliger, Esquire
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110

YOUNG CONAWAY STARGATT & TAYLOR

*/s/ Richard H. Morse*
Richard H. Morse (No. 531)
Karen L. Pascale (No. 2903)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com
Attorneys for Plaintiff

Of Counsel:

Ron E. Shulman (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

Roger J. Chin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

DATED: January 19, 2006

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on January 19, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Timothy Devlin, Esquire
> Fish & Richardson, P.C.
> 919 North Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE 19899-1114

I further certify that on January 19, 2006, I caused a copy of the foregoing document to be served by e-mail on the following non-registered participant:

> Michael E. Zeliger, Esquire
> Fish & Richardson, P.C.
> 225 Franklin Street
> Boston, MA 02110

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ Richard H. Morse
Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorneys for Plaintiff