UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAKOCYTOMATION CALIFORNIA INC.,<br><br>Defendant. | Civil Action No. 04-1522-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 31, 2006 copies of the Expert Report of Andre Sharon, Ph.D. were caused to be served upon the following counsel of record in the manner indicated:

**BY FEDERAL EXPRESS**

Michael E. Zeliger, Esquire
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110

PLEASE TAKE FURTHER NOTICE that on February 1, 2006 copies of the Expert Report of Andre Sharon, Ph.D. were caused to be served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Timothy Devlin, Esquire
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*
_____
Richard H. Morse (No. 531)
Karen L. Pascale (No. 2903)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com
Attorneys for Plaintiff

Of Counsel:

Ron E. Shulman (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

Roger J. Chin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

DATED: February 1, 2006

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on February 1, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Timothy Devlin, Esquire
>Fish & Richardson, P.C.
>919 North Market Street, Suite 1100
>P.O. Box 1114
>Wilmington, DE 19899-1114

I further certify that on February 1, 2006, I caused a copy of the foregoing document to be served by hand on the above-listed counsel and by e-mail on the following non-registered participant:

>Michael E. Zeliger, Esquire
>Fish & Richardson, P.C.
>225 Franklin Street
>Boston, MA 02110

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ Richard H. Morse
Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com
Attorneys for Plaintiff