# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VENTANA MEDICAL SYSTEMS INC.,**  <br><br>   **Plaintiff,**  <br><br>   v.  <br><br> **DAKOCYTOMATION CALIFORNIA INC.,**  <br><br>   **Defendant.** | C. A. No. 04-1522-GMS |

### ENTRY OF APPEARANCES & SUBSTITUTION OF COUNSEL
### ON BEHALF OF DAKOCYTOMATION CALIFORNIA INC.

PLEASE ENTER the appearances of Francis DiGiovanni (DE Bar ID No. 3189) and James M. Lennon (DE Bar ID No. 4570) as co-counsel for Defendant, DakoCytomation California, Inc. in the above-captioned matter.

Mr. DiGiovanni and Mr. Lennon of Connolly Bove Lodge & Hutz LLP enter their appearances in substitution for Timothy Devlin of Fish & Richardson P.C.

        **CONNOLLY BOVE LODGE & HUTZ LLP**

By: */s/ James M. Lennon*
    James M. Lennon  (DE # 4570)
    Francis DiGiovanni (DE # 3189)
    1007 North Orange Street, 8th Floor
    P.O. Box 2207
    Wilmington, Delaware 19899
    (302) 658-9141
    jlennon@cblh.com
    fdigiovanni@cblh.com
    *Attorneys for Defendant, Dakocytomation California Inc.*

Michael E. Zeliger (*pro hac vice*)
**KIRKPATRICK & LOCKHART**
**NICHOLSON GRAHAM LLP**
75 State Street
Boston, MA 02109
(617) 951-9153
mzeliger@klng.com
*Attorney for Defendant, DakoCytomation*
*California Inc.*


February 28, 2006

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on that on February 28, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard H. Morse
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(also served via hand delivery)
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

I HEREBY CERTIFY that on February 28, 2006, I mailed via Federal Express, the foregoing document to the following non-registered participants:

Ron E. Shulman
Matthew R. Reed
Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

                                                                   */s/ James M. Lennon*
                                                                   James M. Lennon (DE # 4570)