IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VENTANA MEDICAL SYSTEMS INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**DAKOCYTOMATION CALIFORNIA INC.,**<br><br>Defendant. | C. A. No. 04-1522-GMS |

NOTICE OF ADDRESS CHANGE
ON BEHALF OF DAKOCYTOMATION CALIFORNIA INC.

PLEASE TAKE NOTICE that Michael E. Zeliger, co-counsel for DakoCytomation California, Inc., is now affiliated with Kirkpatrick & Lockhart Nicholson Graham LLP. Effective immediately, please use the following new contact information for service upon and communication with Mr. Zeliger:

> Michael E. Zeliger
> KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
> 75 State Street
> Boston, MA 02109
> Direct: (617) 951-9153
> Fax: (617) 261-3175
> mzeliger@klng.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: /s/ James M. Lennon
    James M. Lennon (DE # 4570)
    Francis DiGiovanni (DE # 3189)
    1007 North Orange Street, 8th Floor
    P.O. Box 2207
    Wilmington, Delaware 19899
    (302) 658-9141
    jlennon@cblh.com
    fdigiovanni@cblh.com
    *Attorneys for Defendant, Dakocytomation California Inc.*

    Michael E. Zeliger (*pro hac vice*)
    **KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP**
    75 State Street
    Boston, MA 02109
    (617) 951-9153
    mzeliger@klng.com
    *Attorney for Defendant, DakoCytomation California Inc.*

February 28, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on that on February 28, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard H. Morse
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(also served via hand delivery)
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

I HEREBY CERTIFY that on February 28, 2006, I mailed via Federal Express, the foregoing document to the following non-registered participants:

Ron E. Shulman
Matthew R. Reed
Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

*/s/ James M. Lennon*
James M. Lennon (DE # 4570)