IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VENTANA MEDICAL SYSTEMS INC.,**<br><br>　**Plaintiff,**<br><br>　v.<br><br>**DAKOCYTOMATION CALIFORNIA INC.,**<br><br>　**Defendant.** | C. A. No. 04-1522-GMS |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 1, 2006, true and correct copies of the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**EXPERT REPORT OF DR. ARI GLEZER**

**VIA FEDERAL EXPRESS**
Richard H. Morse                                     *Attorney for Plaintiff*
YOUNG, CONAWAY, STARGATT &      *Ventana Medical Systems, Inc.*
TAYLOR
The Brandywine Bldg., 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**
Ron E. Shulman
Matthew R. Reed                                    *Attorneys for Plaintiff*
Roger J. Chin                                           *Ventana Medical Systems, Inc*
WILSON SONSINI GOODRICH &
ROSATI
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

**CONNOLLY BOVE LODGE & HUTZ LLP**

*/s/ James M. Lennon*
James M. Lennon  (No. 4570)
Francis DiGiovanni (No. 3189)
1007 North Orange Street, 8th Floor
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
jlennon@cblh.com
fdigiovanni@cblh.com
*Attorneys for Defendant, DakoCytomation California Inc.*


Michael E. Zeliger (*pro hac vice*)
**KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP**
75 State Street
Boston, MA 02109
(617) 951-9153
mzeliger@klng.com
*Attorney for Defendant, DakoCytomation California Inc.*


March 1, 2006

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on that on March 1, 2006, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard H. Morse
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(also served via hand delivery)
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

  I HEREBY CERTIFY that on March 1, 2006, I mailed via Federal Express, the foregoing Notice of Service to the following non-registered participants:

Ron E. Shulman
Matthew R. Reed
Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

                */s/ James M. Lennon*
                James M. Lennon (#4570)