UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA INC., <br><br> Defendant. | Civil Action No. 04-1522-GMS |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 1, 2006 copies of 1) Rebuttal Expert Report of Brendan F. Boyce, M.B., Ch.B., 2) Rebuttal Expert Report of Robin A. Felder, Ph.D., and 3) Rebuttal Expert Report of Andre Sharon, Ph.D. were caused to be served upon the following counsel of record by electronic mail and overnight courier:

James M. Lennon, Esquire
CONNOLLY BOVE LODGE
 & HUTZ LLP
The Nemours Building
1007 North Orange Street
8th Floor
Wilmington, DE 19899
jlennon@cblh.com

Michael E. Zeliger, Esquire
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
mzeliger@klng.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*
_____
Richard H. Morse (No. 531)
Karen L. Pascale (No. 2903)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com
Attorneys for Plaintiff

Of Counsel:

Ron E. Shulman (*pro hac vice*)
Matthew R. Reed (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

Roger J. Chin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

DATED: March 2, 2006

**CERTIFICATE OF SERVICE**

I, Karen L. Pascale, hereby certify that on March 2, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

    James M. Lennon, Esquire
    Francis DiGiovanni, Esquire
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    PO Box 2207
    Wilmington, DE 19899-2207

I further certify that on March 2, 2006, I caused copies of the foregoing document to be served on the following non-registered participant in the manner indicated:

**BY E-MAIL**

    Michael E. Zeliger, Esquire
    Kirkpatrick & Lockhart
    Nicholson Graham LLP
    75 State Street
    Boston, MA 02109

    YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

    */s/ Karen L. Pascale*
    Karen L. Pascale (I.D. No. 2903)
    17th Floor, Brandywine Building
    1000 West Street
    P.O. Box 391
    Wilmington, Delaware 19899-0391
    (302) 571-5001
    kpascale@ycst.com

    Attorneys for Plaintiff