IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA INC., <br><br> Defendant. | C. A. No. 04-1522-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 22, 2006, true and correct copies of the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated below:

NOTICE OF DEPOSITION OF ROBIN A. FELDER

NOTICE OF DEPOSITION OF ANDRE SHARON

NOTICE OF DEPOSITION OF BRENDAN F. BOYCE

**By first class mail, postage prepaid**:

Richard H. Morse
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
P.O. Box 391
Wilmington, DE 19899
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

**By email and by first class mail, postage prepaid**:

Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road

Palo Alto, CA 94304
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

        **CONNOLLY BOVE LODGE & HUTZ LLP**

        */s/ James M. Lennon* _____
        James M. Lennon  (No. 4570)
        Francis DiGiovanni (No. 3189)
        1007 North Orange Street, 8th Floor
        P.O. Box 2207
        Wilmington, Delaware 19899
        (302) 658-9141
        jlennon@cblh.com
        fdigiovanni@cblh.com

        Michael E. Zeliger (*pro hac vice*)
        **KIRKPATRICK & LOCKHART**
        **NICHOLSON GRAHAM LLP**
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111-2950
        (617) 261-3100
        mzeliger@klng.com

        *Attorneys for Defendant, DakoCytomation*
        *California Inc.*

        March 22, 2006

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on that on March 22, 2006, I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard H. Morse
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(also served via hand delivery)
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

> */s/ James M. Lennon*
> James M. Lennon (#4570)

I HEREBY CERTIFY that on March 22, 2006, I caused the foregoing NOTICE OF SERVICE to be emailed and sent by first class mail, postage prepaid, to the following non-registered participants:

Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

> */s/ David A. Simons*
> David A. Simons