**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**VENTANA MEDICAL SYSTEMS INC.,**

    **Plaintiff,**

    **v.**                               **C. A. No. 04-1522-GMS**

**DAKOCYTOMATION CALIFORNIA INC.,**

    **Defendant.**

**NOTICE OF ADDRESS CHANGE
ON BEHALF OF DAKOCYTOMATION CALIFORNIA INC.**

    PLEASE TAKE NOTICE that the address for Michael E. Zeliger, co-counsel for

Defendant DakoCytomation California, Inc., has changed.  Effective immediately, please use the

following new address for service upon and communication with Mr. Zeliger:

                Michael E. Zeliger
                KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
                State Street Financial Center
                One Lincoln Street
                Boston, MA 02111-2950
                Direct: (617) 261-3258
                Fax: (617) 261-3175
                mzeliger@klng.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: March 23, 2006      By: */s/ James M. Lennon*_____
              James M. Lennon  (DE # 4570)
              Francis DiGiovanni (DE # 3189)
              1007 North Orange Street, 8th Floor
              P.O. Box 2207
              Wilmington, Delaware 19899
              (302) 658-9141
              jlennon@cblh.com
              fdigiovanni@cblh.com
              *Attorneys for Defendant, Dakocytomation*
              *California Inc.*


              Michael E. Zeliger (*pro hac vice*)
              **KIRKPATRICK & LOCKHART**
              **NICHOLSON GRAHAM LLP**
              State Street Financial Center
              One Lincoln Street
              Boston, MA 02111-2950
              (617) 261-3258
              mzeliger@klng.com
              *Attorney for Defendant, DakoCytomation*
              *California Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on that on March 23, 2006, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF which will send notification of such filing to

the following:

Richard H. Morse
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(also served via hand delivery)
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

I HEREBY CERTIFY that on March 23, 2006, I will mail via Federal Express, the

foregoing document to the following non-registered participants:

Ron E. Shulman
Matthew R. Reed
Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

*/s/ James M. Lennon*
James M. Lennon (DE # 4570)