### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

VENTANA MEDICAL SYSTEMS INC.,

    Plaintiff,

    v.                                             C. A. No. 04-1522-GMS

DAKOCYTOMATION CALIFORNIA INC.,

    Defendant.

### MOTION FOR PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

of David A. Simons, to represent Defendant DakoCytomation California Inc. in this matter.

Date: March 23, 2006                 **CONNOLLY BOVE LODGE & HUTZ LLP**

                     By: */s/ James M. Lennon*
                       James M. Lennon  (DE # 4570)
                       Francis DiGiovanni (DE # 3189)
                       1007 North Orange Street, 8th Floor
                       P.O. Box 2207
                       Wilmington, Delaware 19899
                       (302) 658-9141
                       jlennon@cblh.com
                       fdigiovanni@cblh.com
                       *Attorneys for Defendant, Dakocytomation*
                       *California Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission **pro hac vice** is granted.

BY THE COURT:

Date: _____          _____
                               United States District Court of Delaware

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts, am admitted, inactive, and in good standing as member of the Bar of Virginia, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 23, 2006                    By: */s/ David A. Simons*
                                              David A. Simons
                                              Kirkpatrick & Lockhart Nicholson Graham
                                              LLP
                                              State Street Financial Center
                                              One Lincoln Street
                                              Boston, MA 02111-2950

## **CERTIICATE OF SERVICE**

I HEREBY CERTIFY that on that on March 23, 2006, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF which will send notification of such filing to

the following:

Richard H. Morse
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(also served via hand delivery)
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

I HEREBY CERTIFY that on March 23, 2006, I will mail via Federal Express, the

foregoing document to the following non-registered participants:

Ron E. Shulman
Matthew R. Reed
Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

*/s/ James M. Lennon*
James M. Lennon (DE # 4570)