# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAKOCYTOMATION CALIFORNIA INC., <br><br> Defendant. | Civil Action No. 04-1522-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 27, 2006 copies of 1) Notice of Deposition of Ari Glezer, and 2) Notice of Deposition of William L. Manion were caused to be served upon the following counsel of record by U.S. Mail and facsimile:

James M. Lennon, Esquire
Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE
 & HUTZ LLP
The Nemours Building
1007 North Orange Street
8th Floor
Wilmington, DE 19899
(302) 658-5614 (fax)
jlennon@cblh.com

Michael E. Zeliger, Esquire
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3175 (fax)
mzeliger@klng.com

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Richard H. Morse
                Richard H. Morse (No. 531)
                Karen L. Pascale (No. 2903)
                The Brandywine Building, 17th Floor
                1000 West Street
                P.O. Box 391
                Wilmington, Delaware 19899
                (302) 571-6651
                rmorse@ycst.com
                Attorneys for Plaintiff

Of Counsel:

Ron E. Shulman (*pro hac vice*)
Matthew R. Reed (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

Roger J. Chin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

DATED: March 28, 2006

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on March 28, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>James M. Lennon, Esquire
>Francis DiGiovanni, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>PO Box 2207
>Wilmington, DE 19899-2207

I further certify that on March 28, 2006, I caused a copy of the foregoing document to be served on the following non-registered participant in the manner indicated:

**BY E-MAIL**

>Michael E. Zeliger, Esquire
>Kirkpatrick & Lockhart
>Nicholson Graham LLP
>State Street Financial Center
>One Lincoln Street
>Boston, MA 02111
>mzeliger@klng.com

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*
Richard H. Morse (No. 531))
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-5001
rmorse@ycst.com

Attorney for Plaintiff