# EXHIBIT 1

Case 1:04-cv-01522-GMS     Document 99-2     Filed 03/30/2006     Page 2 of 36



US006827901B2

(12) **United States Patent**
Copeland et al.

(10) Patent No.: **US 6,827,901 B2**
(45) Date of Patent: **Dec. 7, 2004**

(54) **AUTOMATED BIOLOGICAL REACTION APPARATUS**

(75) Inventors: Keith G. Copeland, Tucson, AZ (US);
Thomas M. Grogan, Tucson, AZ (US);
Charles Hassen, Tucson, AZ (US);
William Ross Humphreys, Tucson, AZ
(US); Charles D. Lemme, Tucson, AZ
(US); Phillip C. Miller, Tucson, AZ
(US); William L. Richards, Tucson,
AZ (US); Wayne A. Showalter,
Tucson, AZ (US)

(73) Assignee: Ventana Medical Systems, Inc.,
Tucson, AZ (US)

(*) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: 10/137,169

(22) Filed: May 2, 2002

(65) **Prior Publication Data**

US 2002/0114733 A1 Aug. 22, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/931,513, filed on Aug.
16, 2001, which is a continuation of application No. 09/452,
309, filed on Dec. 1, 1999, now Pat. No. 6,352,861, which
is a continuation of application No. 08/906,678, filed on
Aug. 5, 1997, now abandoned, which is a continuation of
application No. 08/479,415, filed on Jun. 6, 1995, now Pat.
No. 5,654,200, which is a division of application No.
08/352,966, filed on Dec. 9, 1994, now Pat. No. 5,595,707,
which is a continuation of application No. 07/924,052, filed
on Aug. 31, 1992, now abandoned, which is a continuation-
in-part of application No. 07/488,601, filed on Mar. 2, 1990,
now abandoned.

(51) Int. Cl.[7] ............................................. G01N 35/00
(52) U.S. Cl. ........................... 422/64; 422/62; 422/67;
436/43; 436/45; 436/46; 436/54; 436/55
(58) Field of Search .............................. 436/43, 45, 46,
436/48, 49, 54–55; 422/62, 64, 67

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,219,416 A | 11/1965 | Natelson | ..................... | 23/253 |
| 3,398,935 A | 8/1968 | Livesey et al. | ............. | 259/18 |
| 3,482,082 A | 12/1969 | Isreeli | | |
| 3,574,064 A | 4/1971 | Binnings et al. | ............ | 195/127 |
| 3,644,715 A | 2/1972 | Holderith | | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 285 851 | 10/1988 |
| EP | 0290018 | 11/1988 |

(List continued on next page.)

OTHER PUBLICATIONS

E. Stark et al., "An automated device for immunocytochem-
istry," Journal of Immunological Methods 107:89–92
(1988).

(List continued on next page.)

*Primary Examiner*—Lyle A. Alexander
(74) *Attorney, Agent, or Firm*—McDonnell Boehnen
Hulbert & Berghoff LLP

(57) **ABSTRACT**

An automated immunostaining apparatus having a reagent
application zone and a reagent supply zone. The apparatus
has a carousel slide support supporting a plurality of slide
supports thereon, and drive means engaging the carousel
slide support for consecutively positioning each of a plural-
ity of slide supports in the reagent application zone. The
apparatus also has a carousel reagent support having a
plurality of reagent container supports thereon, and drive
means engaging the carousel for rotating the carousel and
positioning a preselected reagent container support in the
reagent supply zone. The apparatus also has a reagent
delivery actuator means positioned for engaging a reagent
container positioned on a container support.

**45 Claims, 37 Drawing Sheets**



US 6,827,901 B2
Page 2

| | | U.S. PATENT DOCUMENTS | |
|---|---|---|---|
| 3,660,638 | A | 5/1972 | Oberli |
| 3,772,154 | A | 11/1973 | Isenberg et al. |
| 3,831,006 | A | 8/1974 | Chaffin, III et al. |
| 3,853,092 | A | 12/1974 | Amos et al. ................... 118/56 |
| 3,854,703 | A | 12/1974 | Gibbs et al. ................... 259/11 |
| 3,909,203 | A | 9/1975 | Young et al. |
| 3,916,157 | A | 10/1975 | Roulette et al. |
| 4,013,038 | A | 3/1977 | Rogers et al. ................. 118/5 |
| 4,066,412 | A | 1/1978 | Johnson et al. |
| 4,092,952 | A | 6/1978 | Wilkie et al. ................. 118/58 |
| 4,113,437 | A | 9/1978 | Duff et al. |
| 4,133,642 | A | 1/1979 | Nosaka et al. |
| 4,135,883 | A | 1/1979 | McNeil et al. |
| 4,159,875 | A | 7/1979 | Hauser |
| 4,163,643 | A | 8/1979 | Hunter et al. |
| 4,200,056 | A | 4/1980 | Johnson ..................... 118/401 |
| 4,200,607 | A | 4/1980 | Suzuki |
| 4,245,967 | A | 1/1981 | Busselet ..................... 417/510 |
| 4,281,387 | A | 7/1981 | Kraft et al. |
| RE30,730 | E | 9/1981 | Duff ............................ 422/64 |
| 4,298,571 | A | 11/1981 | DiFulvio et al. ............. 422/65 |
| 4,338,279 | A | 7/1982 | Orimo et al. |
| 4,346,056 | A | 8/1982 | Sakurada ..................... 422/64 |
| 4,371,498 | A | 2/1983 | Scordato et al. |
| 4,406,547 | A | 9/1983 | Aihara ........................ 356/414 |
| 4,447,395 | A | 5/1984 | Englar et al. ................ 422/68 |
| 4,455,280 | A | 6/1984 | Shinohara et al. ............ 422/63 |
| 4,517,160 | A | 5/1985 | Galle et al. |
| 4,528,159 | A | 7/1985 | Liston ......................... 422/65 |
| 4,558,946 | A | 12/1985 | Galle et al. |
| 4,567,748 | A | 2/1986 | Klass et al. |
| 4,585,622 | A | 4/1986 | Bowe et al. |
| 4,634,576 | A | 1/1987 | Galle et al. |
| 4,643,879 | A | 2/1987 | Hanaway |
| 4,647,432 | A | 3/1987 | Wakatake |
| 4,656,006 | A | 4/1987 | Assmann et al. |
| 4,664,526 | A | 5/1987 | Scheffler et al. ............ 366/106 |
| 4,675,299 | A | 6/1987 | Witty et al. |
| 4,678,752 | A | 7/1987 | Thorne et al. |
| 4,678,894 | A | 7/1987 | Shafer |
| 4,681,741 | A | 7/1987 | Hanaway ..................... 422/100 |
| 4,683,120 | A | 7/1987 | Meserol et al. |
| 4,692,308 | A | 9/1987 | Riley et al. |
| 4,708,886 | A | 11/1987 | Nelson ......................... 422/72 |
| 4,719,087 | A | 1/1988 | Hanaway |
| 4,727,033 | A | 2/1988 | Hijikata et al. |
| 4,729,661 | A | 3/1988 | Bell |
| 4,764,342 | A | 8/1988 | Kelln et al. .................. 422/72 |
| 4,774,055 | A | 9/1988 | Wakatake et al. ............ 422/64 |
| 4,781,891 | A | 11/1988 | Galle et al. .................. 422/64 |
| 4,795,613 | A | 1/1989 | Azuma et al. |
| 4,795,710 | A | 1/1989 | Muszak et al. .............. 435/287 |
| 4,808,380 | A | 2/1989 | Minekane |
| 4,815,978 | A | 3/1989 | Mazza et al. .................. 435/4 |
| 4,824,641 | A | 4/1989 | Williams |
| 4,844,868 | A | 7/1989 | Rokugawa .................... 422/64 |
| 4,844,887 | A | 7/1989 | Galle et al. |
| 4,847,208 | A | 7/1989 | Bogen |
| 4,849,177 | A | 7/1989 | Jordan |
| 4,855,109 | A | 8/1989 | Muraishi et al. |
| 4,855,110 | A | 8/1989 | Marker et al. |
| 4,865,811 | A | 9/1989 | Newton et al. |
| 4,900,513 | A | 2/1990 | Barker et al. |
| 4,919,887 | A | 4/1990 | Wakatake ..................... 422/67 |
| 4,933,147 | A | 6/1990 | Hollar et al. |
| 4,935,875 | A | 6/1990 | Shah et al. |
| 4,943,415 | A | 7/1990 | Przybylowicz et al. |
| 4,961,906 | A | 10/1990 | Andersen et al. |
| 4,965,049 | A | 10/1990 | Lillig et al. ................. 422/68.1 |
| 4,985,206 | A | 1/1991 | Bowman et al. |
| 4,988,482 | A | 1/1991 | Weston |

| | | | |
|---|---|---|---|
| 5,031,797 | A | 7/1991 | Boris et al. |
| 5,051,238 | A | 9/1991 | Umetsu et al. |
| 5,059,393 | A | 10/1991 | Quenin et al. |
| 5,073,504 | A | 12/1991 | Bogen |
| 5,075,079 | A | 12/1991 | Kerr et al. |
| 5,081,038 | A | 1/1992 | Sugaya et al. |
| 5,102,624 | A | 4/1992 | Muraishi |
| 5,106,583 | A | 4/1992 | Raysberg et al. |
| 5,107,422 | A | * 4/1992 | Kamentsky et al. ........ 382/133 |
| 5,122,342 | A | 6/1992 | McCulloch et al. |
| 5,180,606 | A | 1/1993 | Stokes et al. |
| 5,229,074 | A | 7/1993 | Heath et al. |
| 5,232,664 | A | 8/1993 | Krawzak et al. |
| 5,250,262 | A | 10/1993 | Heidt et al. |
| 5,311,426 | A | 5/1994 | Donohue et al. |
| 5,316,452 | A | 5/1994 | Bogen et al. |
| 5,316,728 | A | 5/1994 | Hayashi et al. |
| 5,350,697 | A | 9/1994 | Swope et al. |
| 5,355,695 | A | 10/1994 | Kawaguchi et al. |
| 5,418,138 | A | 5/1995 | Miller et al. |
| 5,424,036 | A | 6/1995 | Ushikubo |
| 5,425,918 | A | 6/1995 | Healey et al. |
| 5,439,645 | A | 8/1995 | Saralegui et al. |
| 5,439,649 | A | 8/1995 | Tseung et al. |
| 5,645,114 | A | 7/1997 | Bogen et al. |
| 5,646,046 | A | 7/1997 | Fischer et al. |
| 5,654,200 | A | 8/1997 | Copeland et al. |
| 5,656,493 | A | 8/1997 | Mullis et al. |
| 5,947,167 | A | 9/1999 | Bogen et al. |
| 6,193,933 | B1 | 2/2001 | Sasaki et al. |

FOREIGN PATENT DOCUMENTS

| FR | 2239167 | 7/1973 |
|---|---|---|
| FR | 2258122 | 6/1982 |
| GB | 2216259 | 10/1989 |
| JP | 55107957 | 8/1980 |
| JP | 61076122 | 10/1987 |
| JP | 6114064 | 1/1988 |
| JP | 61190061 | 2/1988 |
| JP | 61205089 | 3/1988 |
| JP | 61242989 | 4/1988 |
| JP | 61275282 | 6/1988 |
| JP | 62202748 | 2/1989 |
| JP | 63082232 | 10/1989 |
| JP | 63144871 | 12/1999 |
| WO | 8503571 | 8/1985 |
| WO | 8700066 | 1/1987 |
| WO | 8802865 | 4/1988 |
| WO | WO 88/02866 | 4/1988 |
| WO | WO 89/01616 | 2/1989 |

OTHER PUBLICATIONS

Saiki et al., "Enzymatic Amplification of β–Globin Genomic Sequences and Restriction Site Analysis for Diagnosis of Sickle Cell Anemia," Science, 230:1350–1353, Dec. 20, 1985.

Innis et al., "DNA sequencing with Thermus aquaticus DNA polymerase and direct sequencing of polymerase chain reaction–amplified DNA," Proc. Natl. Acad. Sci. USA, 85:9436–9440, Dec. 1988.

Lindeman et al., "Evaluation of the automation of immunoenzymatic procedures in a routine histo/cytopathological laboratory," Histopathology, 6:739–746, 1982.

Catalog, "Fisher 86," Allied Fisher Scientific, pp. 93–99.

Driscoll et al., "Discrete Automated Chemistry System with Tableted Reagents", Clin. Chem, 29/9, pp. 1609–1615 (1983).

* cited by examiner



FIG.1



FIG. 2

FIG.3



FIG.4





FIG.5



FIG.6



FIG. 7



FIG.8



FIG. 9





FIG. 11



FIG.12



FIG.13



FIG. 14



FIG.15



FIG.16



FIG. 17



FIG.18C



FIG.18B



FIG.18A



FIG.19A



FIG.19B



FIG.20A



FIG.20B

FIG.20C



FIG. 21



FIG. 22



FIG. 23



*FIG. 24*



FIG. 25



*FIG.26*

Case 1:04-cv-01522-GMS    Document 99-2    Filed 03/30/2006    Page 32 of 36



*FIG.27*



FIG. 28



FIG.29A



FIG.29B



FIG.30A

Case 1:04-cv-01522-GMS    Document 99-2    Filed 03/30/2006    Page 36 of 36



# FIG.30B