IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**VENTANA MEDICAL SYSTEMS INC.,**

    Plaintiff,

    v.

**DAKOCYTOMATION CALIFORNIA INC.,**

    Defendant.

C. A. No. 04-1522-GMS

## STIPULATION AND ORDER

Plaintiff and Defendant, by and through their undersigned attorneys, and subject to the approval of the Court, hereby stipulate and agree to extend the time within which Defendant must file its Reply Brief in Support of its Motion for Summary Judgment through and including April 17, 2006. The extension is requested because the parties are close to a settlement agreement, and the purpose of the extension is to give the parties a chance to finalize settlement before the brief is filed.

Dated: April 3, 2006.

| | |
|---|---|
| /s/ Richard H. Morse | /s/ James M. Lennon |
| Richard H. Morse (DE # 531) | James M. Lennon (DE # 4570) |
| Karen L. Pascale (DE # 2903) | Francis DiGiovanni (DE # 3189) |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | 1007 North Orange Street, 8th Floor |
| The Brandywine Building, 17th Floor | P.O. Box 2207 |
| P.O. Box 391 | Wilmington, Delaware 19899 |
| Wilmington, DE 19899 | (302) 658-9141 |
| | |
| Ron E. Shulman (*pro hac vice*) | Michael E. Zeliger (*pro hac vice*) |
| Matthew R. Reed (*pro hac vice*) | **David A. Simons (***pro hac vice***)** |
| Roger J. Chin (*pro hac vice*) | KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP |
| WILSON SONSINI GOODRICH & ROSATI | 75 State Street |
| 650 Page Mill Road | Boston, MA 02109 |
| Palo Alto, CA 94304 | (617) 951-9153 |
| *Attorneys for Plaintiff, Ventana Medical Systems, Inc.* | *Attorneys for Defendant, DakoCytomation California Inc.* |

SO ORDERED this ____ day of April, 2006.

_____
U.S. District Court Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on that on April 3, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard H. Morse
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(also served via hand delivery)
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

I HEREBY CERTIFY that on April 3, 2006, I mailed via Federal Express, the foregoing document to the following non-registered participants:

Ron E. Shulman
Matthew R. Reed
Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

                                                    */s/ James M. Lennon*
                                                    James M. Lennon (DE # 4570)