IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VENTANA MEDICAL SYSTEMS INC.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**DAKOCYTOMATION CALIFORNIA INC.,**<br><br>    **Defendant.** | C. A. No. 04-1522-GMS |

## STIPULATION AND ORDER

Plaintiff and Defendant, by and through their undersigned attorneys, and subject to the approval of the Court, hereby stipulate and agree to: (1) further extend the time within which Defendant must file its Reply Brief in Support of its Motion for Summary Judgment through and including May 1, 2006; and (2) extend the time within which Plaintiff must serve the Draft Pre-Trial Order to Defendant through and including April 28, 2006.  These extensions are requested because Plaintiff's in-house counsel was out of town through April 10, and Defendant's offices are closed April 10-18 for Denmark's Easter holiday.  The parties remain close to a settlement agreement, and the purpose of the extension is to give the parties a further opportunity to finalize settlement before litigation deadlines arrive.

Date: April 13, 2006.

| | |
|---|---|
| */s/ Karen L. Pascale* | */s/ James M. Lennon* |
| Richard H. Morse (DE # 531) | James M. Lennon  (DE # 4570) |
| Karen L. Pascale (DE # 2903) | Francis DiGiovanni (DE # 3189) |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | 1007 North Orange Street, 8th Floor |
| The Brandywine Building, 17th Floor | P.O. Box 2207 |
| P.O. Box 391 | Wilmington, Delaware 19899 |
| Wilmington, DE 19899 | (302) 658-9141 |
| | |
| Ron E. Shulman (*pro hac vice*) | Michael E. Zeliger (*pro hac vice*) |
| Matthew R. Reed (*pro hac vice*) | **David A. Simons (***pro hac vice***)** |
| Roger J. Chin (*pro hac vice*) | KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP |
| WILSON SONSINI GOODRICH & ROSATI | 75 State Street |
| 650 Page Mill Road | Boston, MA 02109 |
| Palo Alto, CA 94304 | (617) 951-9153 |
| *Attorneys for Plaintiff, Ventana Medical Systems, Inc.* | *Attorneys for Defendant, DakoCytomation California Inc.* |

SO ORDERED this ____ day of April, 2006.

_____
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on that on April 13, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard H. Morse
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(also served via hand delivery)
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

I HEREBY CERTIFY that on April 13, 2006, I emailed the foregoing document to the following non-registered participants:

Ron E. Shulman
Matthew R. Reed
Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Plaintiff, Ventana Medical Systems, Inc.*

　　　　　　　　　　　　　　　　　　　　*/s/ James M. Lennon*
　　　　　　　　　　　　　　　　　　　　James M. Lennon (DE # 4570)