UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAKOCYTOMATION CALIFORNIA INC.,<br><br>Defendant. | Civil Action No. 04-1522-GMS |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate, by and through their respective counsel, that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party is to bear its own costs and attorneys' fees.

| | |
|---|---|
| CONNOLLY BOVE LODGE<br>& HUTZ LLP | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP |
| /s/ Francis DiGiovanni<br>Francis DiGiovanni, Esquire (3189)<br>The Nemours Building<br>1007 North Orange Street<br>8th Floor<br>Wilmington, DE 19899<br>(302) 658-5614 (fax)<br>fdigiovanni@cblh.com<br>Attorney for Defendant | /s/ Richard H. Morse<br>Richard H. Morse (No. 531)<br>Karen L. Pascale (No. 2903)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, Delaware 19899<br>(302) 571-6651<br>rmorse@ycst.com<br>Attorneys for Plaintiff |

DATED: May 30, 2006

SO ORDERED this _____ day of May, 2006.

_____
U.S. District Court Judge