REVIEWED
By Larisha Davis at 10:39 am, Jun 26, 2007

CLOSED, MEDIATION, PATENT, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-01522-GMS
### Internal Use Only

| | |
|---|---|
| Ventana Medical Inc. v. Dakocytomation CA | Date Filed: 12/15/2004 |
| Assigned to: Honorable Gregory M. Sleet | Date Terminated: 05/30/2006 |
| Demand: $0 | Jury Demand: Plaintiff |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Ventana Medical Systems Inc.**    represented by    **Richard H. Morse**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: rmorse@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew R. Reed**
Pro Hac Vice
Email: mreed@wsgr.com
*ATTORNEY TO BE NOTICED*

**Roger Chin**
Pro Hac Vice
Email: rchin@wsgr.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dakocytomation California Inc.**    represented by    **James Michael Lennon**
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Email: jlennon@wcsr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Devlin**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Email: tdevlin@fr.com
*TERMINATED: 02/28/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Simons**
Pro Hac Vice
Email: dsimons@klng.com
*ATTORNEY TO BE NOTICED*

**Francis DiGiovanni**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: fdigiovanni@cblh.com
*ATTORNEY TO BE NOTICED*

**Michael Zeliger**
Pro Hac Vice
Email: mzeliger@klng.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 137353 (els) (Entered: 12/17/2004) |
| 12/15/2004 | | DEMAND for jury trial by Ventana Medical Inc. (els) (Entered: 12/17/2004) |
| 12/15/2004 | | SUMMONS(ES) issued for Dakocytomation CA (els) (Entered: 12/17/2004) |
| 12/15/2004 | 2 | Disclosure Statement pursuant to Rule 7.1 by Ventana Medical Inc. (els) (Entered: 12/17/2004) |
| 12/15/2004 | 3 | Report to Commissioner of Patents and Trademarks. Exit original. Re: 6,827,901 B2 (els) (Entered: 12/17/2004) |
| 12/16/2004 | 4 | RETURN OF SERVICE executed as to Dakocytomation CA 12/16/04 Answer due on 1/5/05 for Dakocytomation CA (dab) (Entered: 12/20/2004) |
| 12/22/2004 | 5 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 12/22/2004) |
| 01/04/2005 | 6 | STIPULATION with proposed order to Extend Time to 1/19/05 for the Defendant to file an answer to the complaint (asw) (Entered: 01/05/2005) |
| 01/07/2005 | 7 | MOTION by Ventana Medical Inc. with Proposed Order for Ron E. Shulman, Esq. and Roger J. Chin, Esq. to Appear Pro Hac Vice (asw) (Entered: 01/07/2005) |
| 01/07/2005 | | So Ordered granting [6-1] stipulation to extend the time for Defendant to answer, plead, or otherwise respond to the complaint to and including 1/19/05. ( signed by Judge Gregory M. Sleet ) Notice to all parties. (mmm) (Entered: 01/10/2005) |
| 01/10/2005 | | (Court only) **Added for Dakocytomation CA attorney Timothy Devlin (mmm) (Entered: 01/10/2005) |
| 01/10/2005 | | So Ordered granting [7-1] motion for Ron E. Shulman, Esq. and Roger J. Chin, Esq. to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (mmm) (Entered: 01/11/2005) |
| 01/11/2005 | 8 | MOTION by Dakocytomation CA with Proposed Order for Michael Zeliger, Esq. to Appear Pro Hac Vice (asw) (Entered: 01/12/2005) |
| 01/13/2005 | | So Ordered granting [8-1] motion for Michael Zeliger, Esq. to Appear Pro Hac Vice |

| | | |
|---|---|---|
| 01/30/2006 | 69 | NOTICE OF SERVICE of Defendant's First Supplemental Responses to Plaintiff's First Set of Interrogatories by Dakocytomation California Inc..(Devlin, Timothy) (Entered: 01/30/2006) |
| 02/01/2006 | 70 | NOTICE OF SERVICE of Expert Report of Andre Sharon, Ph.D. by Ventana Medical Systems Inc..(Morse, Richard) (Entered: 02/01/2006) |
| 02/01/2006 | 71 | NOTICE OF SERVICE of Expert Report of Dr. William L. Manion by Dakocytomation California Inc..(Devlin, Timothy) (Entered: 02/01/2006) |
| 02/09/2006 | 72 | Letter to The Honorable Gregory M. Sleet from Richard H. Morse-FILED UNDER SEAL regarding Plaintiff's request for permission to file a motion for partial summary judgment. (Morse, Richard) (Entered: 02/09/2006) |
| 02/09/2006 | 73 | Letter to The Honorable Gregory M. Sleet from Timothy Devlin regarding Permission to Move for Summary Judgment of Noninfringement FILED UNDER SEAL. (Devlin, Timothy) (Entered: 02/09/2006) |
| 02/16/2006 | 74 | REDACTED VERSION of 72 Letter *to the Honorable Gregory M. Sleet regarding Plaintiff's request for permission to file a partial motion for summary judgment* by Ventana Medical Systems Inc.. (Morse, Richard) (Entered: 02/16/2006) |
| 02/16/2006 | 75 | REDACTED VERSION of 73 Letter by Dakocytomation California Inc.. (Devlin, Timothy) (Entered: 02/16/2006) |
| 02/16/2006 | 76 | Letter to The Honorable Gregory M. Sleet from Richard H. Morse regarding Response to Defendant's February 9, 2006 letter requesting permission to file a motion for summary judgment - re 73 Letter. (Morse, Richard) (Entered: 02/16/2006) |
| 02/16/2006 | 77 | Letter to The Honorable Gregory M. Sleet from Timothy Devlin regarding Answering letter brief in response to Ventana's February 9, 2006 letter requesting permission to file a motion for partial summary judgment FILED UNDER SEAL - re 72 Letter. (Devlin, Timothy) (Entered: 02/16/2006) |
| 02/23/2006 | 78 | Letter to The Honorable Gregory M. Sleet from Richard H. Morse regarding Reply to defendant's answering letter of February 16, 2006 and in further support of plaintiff's request for permission to file a motion for partial summary judgment-FILED UNDER SEAL - re 77 Letter,, 72 Letter. (Morse, Richard) (Entered: 02/23/2006) |
| 02/23/2006 | 79 | REDACTED VERSION of 76 Letter *regarding Response to Defendant's February 9, 2006 letter requesting permission to file a motion for summary judgment* by Ventana Medical Systems Inc.. (Morse, Richard) (Entered: 02/23/2006) |
| 02/23/2006 | 80 | Letter to The Honorable Gregory M. Sleet from Timothy Devlin regarding reply on permission to file a motion for summary judgment of noninfringement - re 76 Letter. (Devlin, Timothy) (Entered: 02/23/2006) |
| 02/24/2006 | 81 | REDACTED VERSION of 77 Letter, by Dakocytomation California Inc.. (Devlin, Timothy) (Entered: 02/24/2006) |
| 02/28/2006 | 82 | NOTICE OF SUBSTITUTION OF COUNSEL re Dakocytomation California Inc.: Entry of appearance of attorney James Michael Lennon. Attorney Timothy Devlin terminated. (Lennon, James) (Entered: 02/28/2006) |
| 02/28/2006 | 83 | NOTICE of Change of Address by James Michael Lennon (Lennon, James) (Entered: 02/28/2006) |
| 02/28/2006 | | (Court only) *** Attorney Timothy Devlin terminated. (rbe, ) (Entered: 02/28/2006) |
| 02/28/2006 | | Remark: Per phone call to Help Desk from counsel for defendant Dakocytomation CA, attorney Francis DiGiovanni added to the docket, and attorney Timothy Devlin terminated, per D.I. 82. (rbe, ) (Entered: 02/28/2006) |
| 03/01/2006 | | NOTICE OF SERVICE of Expert Report of Dr. Ari Glezer by Dakocytomation |