OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 6 , 2007

**James Michael Lennon**, ESQ.
Womble Carlyle Sandridge & Rice, PLLC
Email: jlennon@wcsr.com

RE: Ventana Medical Inc. v. Dakocytomation CA
    Civ. No. 04-cv-01522-GMS

Dear Counsel:

Pursuant to the Order entered on 8/17/2007 by the Honorable Chief Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS: 73.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By:

I hereby acknowledge receipt of the above mentioned documents on ___9-6-07___.

_____
Signature