OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
   CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170


September 6, 2007

**Richard H. Morse**, ESQ.
Young, Conaway, Stargatt & Taylor
Email: rmorse@ycst.com


    RE: Ventana Medical Inc. v. Dakocytomation CA
       Civ. No. 04-cv-01522-GMS

Dear Counsel:

    Pursuant to the Order entered on 8/17/2007 by the Honorable Chief Judge Gregory M. Sleet, the following documents are herewith being returned to you:


ITEMS: 72, 76, 78.

    A copy of the signed acknowledgment has been attached for your records.

                                  Sincerely,

                                  Peter T. Dalleo, Clerk

                            By: _____


    I hereby acknowledge receipt of the above mentioned documents on   9-6-07  .

                            _____
                                    Signature